**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISON**

| | | |
|---|---|---|
| **VC MACON, GA, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | Case No. _____ |
| | ) | |
| v. | ) | |
| | ) | |
| **VIRGINIA COLLEGE, LLC;** | ) | |
| **EDUCATION CORPORATION OF** | ) | |
| **AMERICA,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## DEFENDANTS VIRGINIA COLLEGE, LLC'S AND EDUCATION CORPOATION OF AMERICA'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 87, Defendants Virginia College, LLC and Education Corporation of America (collectively, "Defendants") certify the following:

1. The undersigned counsel of record for Defendants certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock a party:

- Plaintiff, VC Macon, GA, LLC

- Defendant, Virginia College, LLC

- Defendant, Education Corporation of America

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial

1

interest in or other interested which could be substantially affected by the outcome of this particular case:

Defendants aware of no others at this time.

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this matter:

- Counsel for Plaintiff VC Macon, GA, LLC
  Jon A. Gottlieb
  Flynn & Gottlieb, P.A.
  800 Johnson Ferry Road
  Suite 102
  Atlanta, Georgia 30342

- Counsel for Defendants Virginia College, LLC and
  Education Corporation of America
  Alexander B. Feinberg
  Maynard Cooper & Gale
  1901 Sixth Avenue North
  Suite 2400, Regions/Harbert Plaza
  Birmingham, Alabama 35203-2618

Respectfully submitted this 18th day of October, 2018.

/s/ Alexander B. Feinberg
Alexander B. Feinberg
Georgia Bar No. 956505
**Maynard Cooper & Gale**
1901 Sixth Avenue North
Suite 2400, Regions/Harbert Plaza
Birmingham, Alabama 35203-2618
T: (205) 254-1000
F: (205) 254-1999
E: afeinberg@maynardcooper.com

*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 18th day of October, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which served notice of this electronic filing upon the following:

  Jon A. Gottlieb
  Flynn & Gottlieb, P.A.
  800 Johnson Ferry Road
  Suite 102
  Atlanta, Georgia 30342
  jong@lawfg.com

  *Attorney for Plaintiff*

            */s/ Alexander B. Feinberg*
            Alexander B. Feinberg