# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISON

| | | |
|---|---|---|
| VC MACON, GA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. _____ |
| | ) | |
| v. | ) | |
| | ) | |
| VIRGINIA COLLEGE, LLC; | ) | |
| EDUCATION CORPORATION OF | ) | |
| AMERICA, | ) | |
| | ) | |
| Defendants. | ) | |

## JURISDICTIONAL STATEMENT OF VIRGINIA COLLEGE, LLC AND EDUCATION CORPORATION OF AMERICA

Defendants Virginia College, LLC and Education Corporation of America, pursuant to the United States District Court of the Middle District of Georgia's Order Amending Local Rules, dated July 1, 2018, hereby provide the following information to aid the Court in its jurisdictional determination:

1. Defendant Virginia College, LLC is a limited liability company organized under the laws of the State of Delaware.

2. Defendant Education Corporation of America is a Delaware corporation with its principal place of business in Birmingham, Alabama. *See* 28 U.S.C. 1332(a)(1).

3. The sole member of Virginia College, LLC is Education Corporation of America.

4. Accordingly, Virginia College, LLC, by virtue of the citizenship of its sole member, Education Corporation of America, is a citizen of the States of Delaware and Alabama for purposes of diversity jurisdiction.

5. Education Corporation of America is a citizen of the States of Delaware and Alabama for purposes of diversity jurisdiction.

This 18th day of October, 2018.

>/s/ Alexander B. Feinberg
> Alexander B. Feinberg
> Georgia Bar No. 956505
> **Maynard Cooper & Gale**
> 1901 Sixth Avenue North
> Suite 2400, Regions/Harbert Plaza
> Birmingham, Alabama 35203-2618
> T: (205) 254-1000
> F: (205) 254-1999
> E: afeinberg@maynardcooper.com
>
> *Attorney for Defendants Virginia College,*
> *LLC and Education Corporation of America*

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of October, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which served notice of this electronic filing upon the following:

> Jon A. Gottlieb
> Flynn & Gottlieb, P.A.
> 800 Johnson Ferry Road
> Suite 102
> Atlanta, GA 30342
> jong@lawfg.com
>
> *Attorney for Plaintiff*

>/s/ Alexander B. Feinberg
> OF COUNSEL