# EXHIBIT SHEET

VC MACON GA LLC            Case No.: 5:18-cv-388 (TES)

vs.

VIRGINIA COLLEGE LLC, et al.      STATUS CONFERENCE EXHIBITS

PAGE 1/ 1_____ OF ___1___

| NUMBER | DESCRIPTION | IDENTIFIED | ADMITTED |
| --- | --- | --- | --- |
| 1-7 | STUDENT DECLARATIONS | Ollie Cleveland | Over objection |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |