# EXHIBIT 1

## Student Declarations

## DECLARATION OF

I, ███████████████████████ hereby declare and affirm the following:

1.      I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.      I am a current student at _Brightwood_ in _Bakersfield, California_ (School, city, state)

3.      I am enrolled in the _Medical Office Specialist_ program.

4.      Upon   graduation,   I   will   receive   a   _diploma_ _____

5.      I   expect   to   complete   my   program   in   _Feb 13 2019_.

6.      To pay for my education, I have utilized Federal student aid programs, including _Financial Aid, and VA GI Bill_.

7.      I have/have not (Circle one that applies) received student aid in excess of   tuition   and   fees   to   offset   my   living   expenses,   including: _Finical Aid_.

04629098.1

REDACTED

8.    If given the choice, I would choose to complete my degree at Brightwood College, as opposed to stopping my education and receiving a discharge of my student loans.

9.    In   addition,   I   would   like   add   the   following:

I was also a student at the San Diego campus as an LVN student the only reason I stopped attending that campus was because we moved after my husband was discharged from the Navy

10.   No one has promised or offered me anything in exchange for providing this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October __31__, 2018



[NAME]

REDACTED

**DECLARATION OF** ▆▆▆▆▆▆▆▆▆▆▆

I, ▆▆▆▆▆▆▆▆▆▆▆, hereby declare and affirm the following:

1.      I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.      I am a current student at Brightwood College in Beaumont, TX, . (School, city, state)

3.      I am enrolled in the Medical Assistant program.

4.      Upon graduation, I will receive a Medical Assistant diploma.

5.      I expect to complete my program in March 2019 .

6.      To pay for my education, I have utilized Federal student aid programs, including loans .

7.      I have/have not (Circle one that applies) received student aid in excess of   tuition   and   fees   to   offset   my   living   expenses,   including: gas .

REDACTED

8.   If given the choice, I would choose to complete my degree at Brighwood College, as opposed to stopping my education and receiving a discharge of my student loans.

9.   In addition, I would like add the following:

I really feel like I'm getting a proper education here.

10.   No one has promised or offered me anything in exchange for providing this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November ____, 2018

_____
[NAME]

REDACTED

**DECLARATION OF** ████████████████

I, ███████████████████ , hereby declare and affirm the following:

1.      I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.      I am a current student at Brightwood in Beaumont Texas . (School, city, state)

3.      I am enrolled in the Medical Assistant program.

4.      Upon graduation, I will receive a Diploma

5.      I expect to complete my program in March 2019

6.      To pay for my education, I have utilized Federal student aid programs, including Grants and Student Loans .

7.      I have/have not (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including: Gas, child care, Car note .

8.    If given the choice, I would choose to complete my degree at Brightwood College, as opposed to stopping my education and receiving a discharge of my student loans.

9.    In    addition,    I    would    like    add    the    following:

That Im a single mom Of three Children trying to better my life and in order to better my live I need to finish college. Yall closing before me completing my education will burden the future Of me and my Children.

10.    No one has promised or offered me anything in exchange for providing this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November ⏝‌‍‌, 2018



REDACTED

**DECLARATION OF** Mr, ████████████

I, ████████████, hereby declare and affirm the following:

1.   I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.   I am a current student at _Brightwood College_ in _Beltsville_, _Maryland_. (School, city, state)

3.   I am enrolled in the _Electrical Technician_ program.

4.   Upon graduation, I will receive a _Certificate of Completion_.

5.   I expect to complete my program in _3/17/2019_

6.   To pay for my education, I have utilized Federal student aid programs, including _F.A.S.F.A_

7.   I have/have not (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including:

REDACTED

8.  If given the choice, I would choose to complete my degree at _Brightwood_ College, as opposed to stopping my education and receiving a discharge of my student loans.

9.  In addition, I would like add the following: _That in the future I will be working for my well being and my family, That I will be making my desired income and pay OF my student debt._

10.  No one has promised or offered me anything in exchange for providing this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November _1st_, 2018



[NAME]

REDACTED

11/1/18

**DECLARATION OF** █████████████

I, █████████████████, hereby declare and affirm the following:

1.   I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.   I am a current student at Brightwood college in Beltsville Beltsville, M D . (School, city, state)

3.   I am enrolled in the I Electical Techiician program.

4.   Upon graduation, I will receive a Upon regulation I will be receiving eetificate of Techiccian

5.   I expect to complete my program in I inspent 6/12/2019 .

6.   To pay for my education, I have utilized Federal student aid programs, including To pay for my edircation (FAfSA) .

7.   I have/have not (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including: I have have not Student Aid .

REDACTED

8.   If given the choice, I would choose to complete my degree at

Brightwood _____ College, as opposed to stopping my education and receiving a

discharge of my student loans.

9.   In   addition,   I   would   like   add   the   following:

IN The futur I will have my own buissness or working

ato one of those big industral campeny and to take

Care of my family and have a better living so that

I can pay my student lone

_____.

10.   No one has promised or offered me anything in exchange for providing

this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November ___1st___, 2018

███████████████████  _____

[NAME]

REDACTED

**DECLARATION OF** ▮▮▮▮▮▮▮▮

I, ▮▮▮▮▮▮▮▮▮▮▮ , hereby declare and affirm the following:

1. I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2. I am a current student at _brightwood, college_ in _bestville_ , _Maryland_ . (School, city, state)

3. I am enrolled in the _Electrical_   _technician_ program.

4. Upon graduation, I will receive a _Certificate of Complitdion_

5. I expect to complete my program in _April 2019_ .

6. To pay for my education, I have utilized Federal student aid programs, including _pay out of pocket_ .

7. I have (have not) (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including: _have not_

8.     If given the choice, I would choose to complete my degree at
_brightwood_ College, as opposed to stopping my education and receiving a
discharge of my student loans.

9.     In     addition,     I     would     like     add     the     following:
_Brightwood College is a good Environment_
_to learn_

_____

_____

_____.

10.     No one has promised or offered me anything in exchange for providing
this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November ___, 2018

[NAME]

REDACTED

**DECLARATION OF** ████████████████████

I, ██████████████████, hereby declare and affirm the following:

1.  I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.  I am a current student at *Brightwood college* in *Beltsville, MD*. (School, city, state)

3.  I am enrolled in the *Electrical   Technician* program.

4.  Upon graduation, I will receive a *Certificate of Completion*.

5.  I expect to complete my program in *6|12|2019*

6.  To pay for my education, I have utilized Federal student aid programs, including *FAFSA*.

7.  I have (have not) (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including:

04629098.1

REDACTED

8.    If given the choice, I would choose to complete my degree at

_Brightwood_ College, as opposed to stopping my education and receiving a

discharge of my student loans.

9.    In    addition,    I    would    like    add    the    following:

Brightwood college provide great for my education i didn't

Understand Nothing for the Trade (electrical Trade) I would like

To finish or Complete my Education for Better for the rest for

my life get a good Job or open my own Company in

Electrical field, To Take Care my family and pay back my Skhool

loan.

10.    No one has promised or offered me anything in exchange for providing

this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November _o1_ , 2018



[NAME]

REDACTED

**DECLARATION OF** ████████████

I, ████████████████████, hereby declare and affirm the following:

1.     I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.     I am a current student at *BRIGHTWood College* in *Beltsville,* *M.D* . (School, city, state)

3.     I am enrolled in the *Electrical Technician Program* program.

4.     Upon graduation, I will receive a *Certificate* *of Completion* .

5.     I expect to complete my program in *2019* _____.

6.     To pay for my education, I have utilized Federal student aid programs, including *FAFSA* .

7.     I have/(have not)(Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including:

_____.

04629098.1

REDACTED

8.     If given the choice, I would choose to complete my degree at
_Brightwood_ College, as opposed to stopping my education and receiving a
discharge of my student loans.

9.     In     addition,     I     would     like     add     the     following:

_I would like to Continue my education at_
_Brightwood inorder to obtain my degree._
_I an also Grateful to be a student_
_of @ the Electrical Department of Brightwood_
_College, Beltsville, Mary Land._

10.     No one has promised or offered me anything in exchange for providing
this statement, I give it freely and voluntarily.


[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November ___/___, 2018



[NAME]

REDACTED

## DECLARATION OF ██████

I, ██████ hereby declare and affirm the following:

1.   I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.   I am a current student at _Brightwood_ in _Bensville nud_. (School, city, state)

3.   I am enrolled in the _Medical Assistant_ program.

4.   Upon graduation, I will receive a _Certificate of medical assisting_.

5.   I expect to complete my program in _November 2018_.

6.   To pay for my education, I have utilized Federal student aid programs, including _Scholarships_.

7.   I have/have not (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including: _None_.

REDACTED

8.   If given the choice, I would choose to complete my degree at Brightwood College, as opposed to stopping my education and receiving a discharge of my student loans.

9.   In   addition,   I   would   like   add   the   following:



this school has been the best basis for my education. Everyone from the educational and career development team have been nothing short of Amazing!!

10.   No one has promised or offered me anything in exchange for providing this statement, I give it freely and voluntarily.


[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November ___/___, 2018



REDACTED

## DECLARATION OF _____

I, ████████████████ , hereby declare and affirm the following:

1.    I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.    I am a current student at <u>Virginia College</u> in <u>Birmingham</u>, <u>Alabama</u>. (School, city, state)

3.    I am enrolled in the <u>Cosmetology</u> program.

4.    Upon graduation, I will receive a <u>Diploma</u> _____.

5.    I expect to complete my program in <u>September 2019</u>.

6.    To pay for my education, I have utilized Federal student aid programs, including <u>a Pell Grant and Students Loans</u>.

7.    I <u>have</u>/have not (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including: <u>expenses for transportation</u>.

REDACTED

8.     If given the choice, I would choose to complete my degree at Virginia College, as opposed to stopping my education and receiving a discharge of my student loans.

9.     In    addition,    I    would    like    add    the    following:

My experience is great. The staff, especially in my department of Cosmetology, is always zealous to help and provide a good experience to students.

10.    No one has promised or offered me anything in exchange for providing this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: ~~October~~ November \_\_\_1\_\_\_, 2018

[NAME]

REDACTED

## DECLARATION OF ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮, hereby declare and affirm the following:

1.    I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.    I am a current student at _Virginia College_ in _B-ham_, _Alabama_ (School, city, state)

3.    I am enrolled in the _Pharmacy tech._ program.

4.    Upon graduation, I will receive a _deploma_ _in Pharcy tech._.

5.    I expect to complete my program in _March of 2019_.

6.    To pay for my education, I have utilized Federal student aid programs, including _both Pail and Student lone_.

7.    I have/have not (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including:

_____.

04629098.1

REDACTED

8.     If given the choice, I would choose to complete my degree at Virginia College, as opposed to stopping my education and receiving a discharge of my student loans.

9.     In   addition,   I   would   like   add   the   following:

I went to a four year college, but I did not finish because it was not for me. I love my time here because unlike at the four year school the class sizes are smaller and they are teaching you more one on one and that is something that I have really needed.

10.    No one has promised or offered me anything in exchange for providing this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: ~~October~~ Nov. ⎣ , 2018



REDACTED

**DECLARATION OF** _____

I, ▮▮▮▮▮▮▮▮▮▮ , hereby declare and affirm the following:

1.     I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.     I am a current student at *Virginia College* in *Blox* , *Mississippi* . (School, city, state)

3.     I am enrolled in the *Pharmacy Technician* program.

4.     Upon graduation, I will receive a *Diploma* _____.

5.     I expect to complete my program in *May of 2019* .

6.     To pay for my education, I have utilized Federal student aid programs, including *2 Separate Student Loans* .

7.     I have/*have not* (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including: _____.

04629098.1

8.   If given the choice, I would choose to complete my degree at
Virginia _____ College, as opposed to stopping my education and receiving a
discharge of my student loans.

9.   In   addition,   I   would   like   add   the   following:

I am 54 years old recently took retirement of 18 yrs.
from my job in the Financial Industry (Mortgage Loans).
My decision to go back to school for Pharmacy Technician
was to re-invent myself. I need to continue my
education here at VC Biloxi and graduate to accomplish this.

10.   No one has promised or offered me anything in exchange for providing
this statement, I give it freely and voluntarily.


[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November ___/___, 2018

[NAME]

REDACTED

**DECLARATION OF** _____

I, ▮▮▮▮▮▮▮▮▮▮_____, hereby declare and affirm the following:

1.     I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.     I am a current student at _VIRGINIA COLLEGE_ in _BILOXI_, _MS_____. (School, city, state)

3.     I am enrolled in the _____ _COSMOTOLOGY_ _____ program.

4.     Upon graduation, I will receive a _COURSE COMPLETION, THEN ATTAIN MY COS. LICENSE._

5.     I expect to complete my program in _THE TIME ALOTTED , MARCH 2019_.

6.     To pay for my education, I have utilized Federal student aid programs, including _FAFSA_ _____.

7.     I have/have not (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including:

_____.

04629098.1

REDACTED

8.   If given the choice, I would choose to complete my degree at VIRGINIA College, as opposed to stopping my education and receiving a discharge of my student loans.

9.   In   addition,   I   would   like   add   the   following:

VIRGINIA   COLLEGE   HAD   WHAT   1   NEEDED   IN
AN   IMMEDIATE   TIME   FRAME.   FOR   MYSELF,
THIS   SCHOOL   HAS   HELPED   AND   SUPPORTED
MY   CHOICE   IN   THE   FIELD   ATTENDED.

10.   No one has promised or offered me anything in exchange for providing this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November ___/___, 2018



3

REDACTED

## DECLARATION OF _____

I, [REDACTED], hereby declare and affirm the following:

1.   I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.   I am a current student at Virginia in Shreveport Bossier . (School, city, state) La, College

3.   I am enrolled in the Medical Assistant program.

4.   Upon   graduation,   I   will   receive   a   medical Assistant diploma .

5.   I   expect   to   complete   my   program   in   January 2019 .

6.   To pay for my education, I have utilized Federal student aid programs, including Pell grants and loans .

7.   I have/have not (Circle one that applies) received student aid in excess of   tuition   and   fees   to   offset   my   living   expenses,   including:

_____.

04629098.1

REDACTED

8.    If given the choice, I would choose to complete my degree at Virginia College, as opposed to stopping my education and receiving a discharge of my student loans.

9.    In    addition,    I    would    like    add    the    following:

I have had a very good experience here at Virginia College. The staff and teachers were great, classes were great. I love it here and would recommend others to attend.

10.    No one has promised or offered me anything in exchange for providing this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November ___|___, 2018

████████████████████ ___

[NAME]

REDACTED

## DECLARATION OF

I, ████████████████ , hereby declare and affirm the following:

1.     I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.     I am a current student at <u>Brightwood</u> in <u>Broomall</u>, <u>Pa,</u> . (School, city, state)

3.     I am enrolled in the <u>HVAC</u> program.

4.     Upon graduation, I will receive a <u>Diploma</u>

5.     I expect to complete my program in <u>March 2019</u>

6.     To pay for my education, I have utilized Federal student aid programs, including <u>Pell grants, student loan's</u> .

7.     (I have)/have not (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including: <u>unsub loan</u> .

REDACTED

8.    If given the choice, I would choose to complete my diploma at Brightwood Career Institute, as opposed to stopping my education and receiving a discharge of my student loans.

9.    In    addition,    I    would    like    add    the    following:

In all my year's Living coming to Brightwood is the best choice I made in my life, I have learn so much being here, and I never met a great people of staff that care's for your eduction, and also your future..

10.    No one has promised or offered me anything in exchange for providing this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November ___|___, 2018



3

REDACTED

## DECLARATION OF

I, _____, hereby declare and affirm the following:

1.     I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.     I am a current student at Brightwood career *Institute* in Broomall, PA_____. (School, city, state)

3.     I am enrolled in the HVAC program_____ program.

4.     Upon   graduation,   I   will   receive   a   diploma_____

5.     I   expect   to   complete   my   program   in   Feb, 19, 2019_____

6.     To pay for my education, I have utilized Federal student aid programs, including Pellagrants, Student loan_____.

7.     (I have)/have not (Circle one that applies) received student aid in excess of   tuition   and   fees   to   offset   my   living   expenses,   including:
unsub loan_____.

REDACTED

8.    If given the choice, I would choose to complete my diploma at Brightwood Career Institute, as opposed to stopping my education and receiving a discharge of my student loans.

9.    In    addition,    I    would    like    add    the    following:

That when I started school that I didn't know anything about heating and air conditioning and now that I am coming close to graduate I have learned so much and the staff are the best

10.    No one has promised or offered me anything in exchange for providing this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November ___, 2018



[NAME]

REDACTED

DECLARATION OF

I, ████████████████████████, hereby declare and affirm the following:

1.   I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.   I am a current student at *Brightwood College* in *Brownsville, Texas* . (School, city, state)

3.   I am enrolled in the *Heating, ventilation and Air Conditioning, Refrigeration.* program.

4.   Upon graduation, I will receive a *Diploma* _____
_____.

5.   I expect to complete my program in *May 13/2019* _____
_____.

6.   To pay for my education, I have utilized Federal student aid programs, including *Loans and grants* _____.

7.   I have/have not (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including:
_____.

04629098.1

REDACTED

8. If given the choice, I would choose to complete my degree at _Brightwood_ College, as opposed to stopping my education and receiving a discharge of my student loans.

9. In addition, I would like add the following:

_If this were to happen I would miss out on all the time invested and let my family down, I need to to finish my studies so that way I can provide for them and finish my diploma._

10. No one has promised or offered me anything in exchange for providing this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November __1__, 2018



REDACTED

## DECLARATION OF _____

I, [REDACTED], hereby declare and affirm the following:

1. I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2. I am a current student at Golf Academy of America in Carlsbad, Califorina. (School, city, state)

3. I am enrolled in the Golf Complex Operations and Management program.

4. Upon graduation, I will receive a Associate of Applied Business _____.

5. I expect to complete my program in April 19, 2019 _____.

6. To pay for my education, I have utilized Federal student aid programs, including Pell Grants, Sub and Unsubsidized Loans.

7. I have/have not (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including:

Sally Mae _____.

04629098.1

REDACTED

8.    If given the choice, I would choose to complete my degree at Golf Academy of America College, as opposed to stopping my education and receiving a discharge of my student loans.

9.    In    addition,    I    would    like    add    the    following:

I have enjoy my time learning about Golf Operation Management from people who have been there and know the ends and out of the golf profession. I due and will recommed to people to go to Gold Academy of America.

10.    No one has promised or offered me anything in exchange for providing this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November __|___, 2018



[NAME]

REDACTED

## DECLARATION OF _____

I ████████████████████████████, hereby declare and affirm the following:

1.   I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.   I am a current student at *Gulf ACADEMY of AMERICA* in *CARlSbad, CAllFORNIA*. (School, city, state)

3.   I am enrolled in the *Golf COMPLEX OPERATIONS AND MANAGEMENT.* program.

4.   Upon graduation, I will receive a *DEGREE* _____

5.   I expect to complete my program in *August of 2017*.

6.   To pay for my education, I have utilized Federal student aid programs, including *G.I. BILL / VOC REHAb*.

7.   I have/have not (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including:

_____

04629098.1

REDACTED

8. If given the choice, I would choose to complete my degree at _Golf Academy of America_ College, as opposed to stopping my education and receiving a discharge of my student loans.

9. In addition, I would like add the following:

_I have enjoyed my time here at the Carlsbad Golf Academy Campus and look forward to the What the future holds._

10. No one has promised or offered me anything in exchange for providing this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

2

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November __1ˢᵗ__, 2018



[NAME]

3

REDACTED

## DECLARATION OF _____

I, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ , hereby declare and affirm the following:

1.    I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.    I am a current student at _Virginia College_ in _Charleston_, _South Carolina_ (School, city, state)

3.    I am enrolled in the _Medical Billing Coding_ program.

4.    Upon graduation, I will receive a _diploma in Medical Coding and billing_ .

5.    I expect to complete my program in _January 2019_ .

6.    To pay for my education, I have utilized Federal student aid programs, including _GI Bill_ .

7.    I have/have not (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including: _Student loan_ .



REDACTED

8.    If given the choice, I would choose to complete my degree at
$\underline{Virginia}$ College, as opposed to stopping my education and receiving a discharge of my student loans.

9.    In addition, I would like add the following:

Virginia College is a great resource for student w/ any type of issues. I've seen staff treat their students like family. The support we receive here is amazing.

10.    No one has promised or offered me anything in exchange for providing this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November ___|___, 2018

[NAME]

REDACTED