# EXHIBIT 2

## Student Declarations

## DECLARATION OF _____

I, [REDACTED], hereby declare and affirm the following:

1.    I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.    I am a current student at _Brightwood_ in _Pharmacy Tech_. (School, city, state) NC Charlotte

3.    I am enrolled in the _Pharmacy Tech_ program.

4.    Upon graduation, I will receive a _Pharmacy Tech Diploma_.

5.    I expect to complete my program in _April 2019_.

6.    To pay for my education, I have utilized Federal student aid programs, including _Pell grants & special support_.

7.    I have/have not (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including: _Financial aid / Pell_.

04629098.1

REDACTED

8.     If given the choice, I would choose to complete my degree at Brignwood College, as opposed to stopping my education and receiving a discharge of my student loans.

9.     In    addition,    I    would    like    add    the    following: I am a returning Student from the RMA program I was unable to compete due to proficiency & financial issue but I am back ready to Tackle Both Programs!.

10.     No one has promised or offered me anything in exchange for providing this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 1st, 2018



REDACTED

**DECLARATION OF** ███████

I ███████, hereby declare and affirm the following:

1.     I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.     I am a current student at _Virginia College_ in _Columbia_, _South Carolina_ (School, city, state)

3.     I am enrolled in the _Business Program_ program.

4.     Upon graduation, I will receive a _Associate Degree in Business_.

5.     I expect to complete my program in _Dec. 2018_

6.     To pay for my education, I have utilized Federal student aid programs, including _Direct Student Loan_.

7.     I have/have not (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including: _N/A_.

04629098.1

REDACTED

8.      If given the choice, I would choose to complete my degree at Virginia College, as opposed to stopping my education and receiving a discharge of my student loans. Yes

9.      In    addition,    I    would    like    add    the    following:

I would like to continue my degree at Virginia College because I only have one more class to complete before recieving my Associate Degree

10.     No one has promised or offered me anything in exchange for providing this statement, I give it freely and voluntarily. Yes I agree with the statement.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November ___|___, 2018



REDACTED

**DECLARATION OF** ████████████████

I, ████████████████████, hereby declare and affirm the following:

1.      I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.      I am a current student at *Virginia College in Columbia,* *SC* . (School, city, state)

3.      I am enrolled in the *Medical assistant* program.

4.      Upon graduation, I will receive a *Certification* .

5.      I expect to complete my program in *6 Months* .

6.      To pay for my education, I have utilized Federal student aid programs, including *FafSa, Student loans, Student grants*

7.      I (have / **have not**) (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including:

_____.

REDACTED

8.      If given the choice, I would choose to complete my degree at Virginia College, as opposed to stopping my education and receiving a discharge of my student loans.

9.      In     addition,     I     would     like     add     the     following:

I am very comfortable in these classes and adore the instructors

10.     No one has promised or offered me anything in exchange for providing this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November ____1st____, 2018

REDACTED

**DECLARATION OF** ███████████████

I, ███████████████, hereby declare and affirm the following:

1.     I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.     I am a current student at _Virgina College_ in _Columbia, SC_. (School, city, state)

3.     I am enrolled in the _Surgical Technology_ program.

4.     Upon graduation, I will receive a _Associates Degree and Certificate of Completion._

5.     I expect to complete my program in _December 18, 2018_.

6.     To pay for my education, I have utilized Federal student aid programs, including _VA GI Bill and PELL grant_.

7.     I have/have not (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including:

_____.

REDACTED

8.     If given the choice, I would choose to complete my degree at Virginia College, as opposed to stopping my education and receiving a discharge of my student loans.

9.     In     addition,     I     would     like     add     the     following:

I would like to finish my education and receive my degree. I have put so much time into this school and would hate for it all to go to waste. This is my last semester, all I want is for the best intrest in myself and fellow classmates who have work hard.

10.     No one has promised or offered me anything in exchange for providing this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

04629098.1                                    2

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November ____|____, 2018



[NAME]

REDACTED

**DECLARATION OF** ███████████

I, ███████████, hereby declare and affirm the following:

1.     I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.     I am a current student at Virginia College in Columbia, South Carolina (School, city, state)

3.     I am enrolled in the Surgical Technology Program program.

4.     Upon graduation, I will receive a certificate of completion and an associate's degree.

5.     I expect to complete my program in September 2019

6.     To pay for my education, I have utilized Federal student aid programs, including subsidized & unsubsidized loans, pell grant.

7.     I have/have not (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including:

_____.

04629098.1

REDACTED

8.     If given the choice, I would choose to complete my degree at Virginia College, as opposed to stopping my education and receiving a discharge of my student loans.

9.     In     addition,     I     would     like     add     the     following:

Closing immediately is not in the best interest of US students. I have put my all into my program of study, and obtaining my degree I have worked so hard for is much more preferable than discharging my loans.

10.     No one has promised or offered me anything in exchange for providing this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November ____ , 2018



REDACTED

## DECLARATION OF ▮▮▮▮▮▮

I, ▮▮▮▮▮▮, hereby declare and affirm the following:

1.  I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.  I am a current student at _Virginia College_ in _Columbia, South Carolina_ (School, city, state)

3.  I am enrolled in the _Surgical Technology_ program.

4.  Upon graduation, I will receive a _associates degree and certificate of completion_.

5.  I expect to complete my program in _September 2019_

6.  To pay for my education, I have utilized Federal student aid programs, including _Pell grant_.

7.  I have/have not (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including:

_____.

8.    If given the choice, I would choose to complete my degree at Virginia College, as opposed to stopping my education and receiving a discharge of my student loans.

9.    In    addition,    I    would    like    add    the    following: I have achieved more academic success in this program and have started a path towards a career. I am a single mother who depends on my success here in order to provide a secure future. This program has been my light at the end of an otherwise dark tunnel and I would hate to lose it.

10.    No one has promised or offered me anything in exchange for providing this statement, I give it freely and voluntarily.


[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November _____, 2018



[NAME]

11/1/2018

REDACTED

## DECLARATION OF _____

I, ████████████████████ hereby declare and affirm the following:

1.     I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.     I am a current student at Virginia College in Columbus, Georgia . (School, city, state)

3.     I am enrolled in the pharmacy technician program.

4.     Upon graduation, I will receive a pharmacy technician degree .

5.     I expect to complete my program in may (1 2019 .

6.     To pay for my education, I have utilized Federal student aid programs, including student loans .

7.     I have/have not (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including: FAFSa and student loans .

8.    If given the choice, I would choose to complete my degree at

_____ANY_____ College, as opposed to stopping my education and receiving a

discharge of my student loans.

9.    In    addition,    I    would    like    add    the    following:



I have come so far and worked so
hard to complete this program at Virginia
College to be told I can't finish. I have
utilized FaFsa and student loans that
I will still have to pay back. Please let us
finish the Program.

10.    No one has promised or offered me anything in exchange for providing

this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November $\underline{01}$ , 2018



REDACTED

**DECLARATION OF** _____

I, _____, hereby declare and affirm the following:

1.    I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.    I am a current student at _Virginia College_ in _Columbus_, _GA_ . (School, city, state)

3.    I am enrolled in the _Network and System Administration_ program.

4.    Upon graduation, I will receive a _Associate of Applied Stlece Science_ .

5.    I expect to complete my program in _December 9, 2019_ .

6.    To pay for my education, I have utilized Federal student aid programs, including _Pell grants_ .

7.    (I have) have not (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including:

_____ .

REDACTED

8.      If given the choice, I would choose to complete my degree at
Virginia_____ College, as opposed to stopping my education and receiving a
discharge of my student loans.

9.      In      addition,    I    would    like    add    the    following:

_____

_____

_____

_____

_____.

10.     No one has promised or offered me anything in exchange for providing
this statement, I give it freely and voluntarily.


[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November __1__, 2018



[NAME]

REDACTED

## DECLARATION OF _____

I, ████████████████ _____, hereby declare and affirm the following:

1.    I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.    I am a current student at _Brightwood_____ in _Corpus Christi,_ _Texas____. (School, city, state)

3.    I am enrolled in the _LVN Prog_____ program.

4.    Upon   graduation,   I   will   receive   a   _LVN Diploma_____ _____.

5.    I   expect   to   complete   my   program   in   _November 2018_ _____.

6.    To pay for my education, I have utilized Federal student aid programs, including _Loans_____.

7.    I have/have not (Circle one that applies) received student aid in excess of   tuition   and   fees   to   offset   my   living   expenses,   including: _____N/A_____.

REDACTED

8.     If given the choice, I would choose to complete my degree at Brightwood College, as opposed to stopping my education and receiving a discharge of my student loans.

9.     In   addition,   I   would   like   add   the   following:

_I would want to finish my education and not_
_just get my money back because we put in a lot_
_of hours & time in getting where we are._

_____

_____.

10.    No one has promised or offered me anything in exchange for providing this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November ____|____, 2018



3

REDACTED

**DECLARATION OF** ███████████████

I ███████████████, hereby declare and affirm the following:

1.     I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.     I am a current student at _Brightwood_ in _Corpus Christi_ _TX_ . (School, city, state)

3.     I am enrolled in the _L V N_ program.

4.     Upon graduation, I will receive a _L V N_ _diploma_ .

5.     I expect to complete my program in _November_ _____.

6.     To pay for my education, I have utilized Federal student aid programs, including _Loans, Post 911 - G.I Bill_ .

7.     I have / have not (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including: _____.

04629098.1

REDACTED

8.    If given the choice, I would choose to complete my **degree at**
*Bright Wood* College, as opposed to stopping my education and receiving **a**
discharge of my student loans.

9.    In    addition,    I    would    like    add    the    following:

_I would prefer to finish my schooling_
_with Brightwood College._

10.   No one has promised or offered me anything in exchange for providing

this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November __/___, 2018



REDACTED

## DECLARATION OF

I, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ , hereby declare and affirm the following:

1.    I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.    I am a current student at _Brightwood_ in _Corpus Christi_ _TX_ . (School, city, state)

3.    I am enrolled in the _LVN_ program.

4.    Upon   graduation,   I   will   receive   a   _LVN_ _diploma_ .

5.    I   expect   to   complete   my   program   in   _November_ _2018_ .

6.    To pay for my education, I have utilized Federal student aid programs, including _Pell Grant_ .

7.    I have / have not (Circle one that applies) received student aid in excess of   tuition   and   fees   to   offset   my   living   expenses,   including: _N/A_ .

REDACTED

8.    If given the choice, I would choose to complete my degree at Brightwood College, as opposed to stopping my education and receiving a discharge of my student loans.

9.    In    addition,    I    would    like    add    the    following:

*As a student, I feel it is very important to finish & achieve a goal. I feel it is unprofessional to allow the facility to close the doors without supporting the students & allowing them to complete their education.*

10.    No one has promised or offered me anything in exchange for providing this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November \_\_\_\_\_, 2018



[NAME]

REDACTED

## DECLARATION OF _____

I, _____ , hereby declare and affirm the following:

1.     I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.     I am a current student at _Briarwood_ in _Corpus, Christi Texas_ . (School, city, state)

3.     I am enrolled in the _LVN_ _____ program.

4.     Upon graduation, I will receive a _LVN diploma_ _____ .

5.     I expect to complete my program in _November 2018_ _____ .

6.     To pay for my education, I have utilized Federal student aid programs, including _Loans_ _____ .

7.     I have/have not (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including: _Nit_ _____ .

04629098.1

REDACTED

8.     If given the choice, I would choose to complete my degree at

Bright - College, as opposed to stopping my education and receiving a
Wood

discharge of my student loans.

9.     In     addition,     I     would     like     add     the     following:

You should not close your doors until
the classes that have started finish.
People have given time and effort,
and have to be dedicated. They should be
given the chance to finish.

10.    No one has promised or offered me anything in exchange for providing

this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November ___⟍___, 2018



REDACTED