# EXHIBIT 3
## Student Declarations

**DECLARATION OF** _____

I, [REDACTED] _____, hereby declare and affirm the following:

1.    I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.    I am a current student at _Brightwood College_ in _Dayton_, _OH_ . (School, city, state)

3.    I am enrolled in the _Nursing_ _____ program.

4.    Upon graduation, I will receive a _Associates_ _Of nursing_ .

5.    I expect to complete my program in _Feb/2019_ _____.

6.    To pay for my education, I have utilized Federal student aid programs, including _NAvient + monthly cash payments_ .

7.    I have / ⟨have not⟩ (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including:

_____

8.    If given the choice, I would choose to complete my degree at

Brightwood College, as opposed to stopping my education and receiving a

discharge of my student loans.

9.    In   addition,   I   would   like   add   the   following:

I have been a student at Brightwood working on
my nursing degree for over a year. I have one term
of classes left before completion of the program. Within
that year I have juggled work, school and being a
parent and put my top priorities on my education. —Cont

10.    No one has promised or offered me anything in exchange for providing

this statement, I give it freely and voluntarily.

Closing Brightwood before my completion of the program
would be unfair to the students that have put so
much time and effort into furthering our education.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November ___|___, 2018



REDACTED

**DECLARATION OF** _____

I, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ , hereby declare and affirm the following:

1.      I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.      I am a current student at *Bright wood College* in *Dayton*, *OHIO* . (School, city, state)

3.      I am enrolled in the *NURSING    ADN* program.

4.      Upon   graduation,   I   will   receive   a   *ADN* _____

5.      I   expect   to   complete   my   program   in   *Febuary 2019*

6.      To pay for my education, I have utilized Federal student aid programs, including *FASFA    VA GI BILL* .

7.      I have/have not (Circle one that applies) received student aid in excess of   tuition   and   fees   to   offset   my   living   expenses,   including: *Secured and unsecured student loans.*

8. If given the choice, I would choose to complete my degree at

*Brightwood* College, as opposed to stopping my education and receiving a
*Dayton, Ohio*
discharge of my student loans.

9. In addition, I would like add the following:

*IF I do not graduate from the dayton OHIO*
*Campus in febuary because the school closes*
*early, I will be forced back into my old/previous*
*occupation of truck driving. This school/program*
*is life changing for me and if taken away .*
*will ruin everything I have worked for within the*
*last 18 months.*

10. No one has promised or offered me anything in exchange for providing this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November ___/___ , 2018



REDACTED

**DECLARATION OF**

I ████████████████████████████, hereby declare and affirm the following:

1. I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2. I am a current student at _Brightwood College_ in _Dayton, Ohio_. (School, city, state)

3. I am enrolled in the _Nursing_ program.

4. Upon graduation, I will receive a _Associates Degree in Nursing_.

5. I expect to complete my program in _February 2019_.

6. To pay for my education, I have utilized Federal student aid programs, including _Great Lakes + monthly cash payments_

7. I have / have not (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including: _more_.

Brightwood
Brightwood College

_____ given the choice, I would choose to complete my degree at

_____ College, as opposed to stopping my education and receiving a

discharge of my student loans.

    9.    In    addition,    I    would    like    add    the    following:

I ~~more~~ ~~complete~~ chose to stay + complete
my education @ Brightwood because I have
invested time, hardwork, sweat + tears + poured
them into my education. This IS NOT something
that should be TAKEN from me I persued my

    10.    No one has promised or offered me anything in exchange for providing

this statement, I give it freely and voluntarily.

education after ~~my~~ many years because I wanted
to make a better life for my children. I have
worked hard to pass ALL my classes to get

[Reminder of page intentionally left blank]

to where I am today. I only have one
more 10 week term until I have finished/
met my goal. I have come too far to turn
around or to have to start over. I need to +
HAVE to finish my education here @ Brightwood
college.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November _____, 2018



REDACTED

## DECLARATION OF _____

I, _____ , hereby declare and affirm the following:

1.    I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.    I am a current student at _Brightwood_ in _Dayton_, _Ohio_ . (School, city, state)

3.    I am enrolled in the _Registered Nurse_ program.

4.    Upon graduation, I will receive an _associate's degree in nursing_ .

5.    I expect to complete my program in _February 2019_ _____.

6.    To pay for my education, I have utilized Federal student aid programs, including _Subsidized and unsubsidized loans, grants, scholarships._

7.    I have/(have not) (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including: _housing and meal aid_ .

REDACTED

8.  If given the choice, I would choose to complete my degree at

Brightwood  College, as opposed to stopping my education and receiving a

discharge of my student loans.

9.  In  addition,  I  would  like  add  the  following:

I previously attended two other colleges, Sinclair Community College

and Wright State University. I elected to attend Brightwood

after being waitlisted at both previous colleges.  I did so

to accomplish my goal of becoming a nurse by age 40.

If I'm not able to finish at Brightwood I will have to

start over and more than likely retake all general education →

10.  No one has promised or offered me anything in exchange for providing

this statement, I give it freely and voluntary.

← Classes due to the five year rule.  I can also state that

all of our clinical sites feel we are advanced in our skills

and allow us to have more direct patient contact versus

other schools in our area.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November ___|___, 2018

[NAME]

REDACTED

## DECLARATION OF _____

I, ████████████████, hereby declare and affirm the following:

1. I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2. I am a current student at _Brightwood_ in _Dayton_, _Ohio_ . (School, city, state)

3. I am enrolled in the _Electrical Tech_ program.

4. Upon graduation, I will receive a _Electrical Tech Diploma_ .

5. I expect to complete my program in _August of 2019_ .

6. To pay for my education, I have utilized Federal student aid programs, including _____ _____.

7. I have / have not (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including:

_____ _____.

8.      If given the choice, I would choose to complete my degree at

_BW_____ College, as opposed to stopping my education and receiving a

discharge of my student loans.

9.      In      addition,      I      would      like      add      the      following:

I like The Atmosphere of The campus. The hands on expierence I am getting is very beneficial to me. I get a lot of one on One ~~Afering~~ training and that helps a lot.

10.     No one has promised or offered me anything in exchange for providing

this statement, I give it freely and voluntarily.


[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November ⎮___, 2018



[NAME]

REDACTED

## DECLARATION OF _____

I, ███████████████████, hereby declare and affirm the following:

1.  I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.  I am a current student at _Brightwood_ in _Dayton_ , _OHIO_ . (School, city, state)

3.  I am enrolled in the _Dental Assisting_ program.

4.  Upon graduation, I will receive a _Certificate_ _____ .

5.  I expect to complete my program in _June 2019_ _____ .

6.  To pay for my education, I have utilized Federal student aid programs, including _Self Pay_ _____ .

7.  I have/have not (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including: _I have not_ _____ .

REDACTED

8.      If given the choice, I would choose to complete my degree at
Brentwood College, as opposed to stopping my education and receiving a
discharge of my student loans.

9.      In    addition,    I    would    like    add    the    following:
I pay all of my bills. So I would like to
complia. I love brentwood colleg, educaton

10.     No one has promised or offered me anything in exchange for providing
this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November _____, 2018



[NAME]

REDACTED

## DECLARATION OF █████████

I, ████████████████, hereby declare and affirm the following:

1.    I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.    I am a current student at _Brightwood_ in _Dayton_, _Ohio_. (School, city, state)

3.    I am enrolled in the _Clerical Training Program_ program.

4.    Upon graduation, I will receive a _Certificate_ _____

5.    I expect to complete my program in _Winter_ _2019_.

6.    To pay for my education, I have utilized Federal student aid programs, including _Self earned_.

7.    I have/have not (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including: _I cannot_.

REDACTED

8.     If given the choice, I would choose to complete my degree at
[ _____ ] College, as opposed to stopping my education and receiving a
discharge of my student loans.

9.     In     addition,     I     would     like     add     the     following:
_I_ _would_ _like_ _to_ _attend_ _30_ _to_ _credit_
_Creat_ _institionel_ _. . ._
_____
_____
_____.

10.    No one has promised or offered me anything in exchange for providing
this statement, I give it freely and voluntarily.


[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November ___⌐___, 2018

[NAME]

REDACTED

## DECLARATION OF _____

I, ████████████████████████, hereby declare and affirm the following:

1.      I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.      I am a current student at _Brightwood_ in _Dayton_, _Ohio_. (School, city, state)

3.      I am enrolled in the _Medical Assistant_ program.

4.      Upon graduation, I will receive a _Diploma_ _Medical Assistant_.

5.      I expect to complete my program in _May of 2019_.

6.      To pay for my education, I have utilized Federal student aid programs, including _Stafford loans_.

7.      I have/have not (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including:

_____.

REDACTED

8.   If given the choice, I would choose to complete my degree at Brightwood College, as opposed to stopping my education and receiving a discharge of my student loans.

9.   In   addition,   I   would   like   add   the   following:

I like our class because it is a small class
I like my teachers and my fellow student

_____

_____

_____.

10.   No one has promised or offered me anything in exchange for providing this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November _//_/_ , 2018

█████████████

[NAME]

REDACTED

**DECLARATION OF** _____

I, [REDACTED], hereby declare and affirm the following:

1.    I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.    I am a current student at _Brightwood_ in _Dayton_, _Ohio_ . (School, city, state)

3.    I am enrolled in the _Medical Assistant_ program.

4.    Upon graduation, I will receive a _Diploma in Medical Assistant_ .

5.    I expect to complete my program in _May of 2019_ .

6.    To pay for my education, I have utilized Federal student aid programs, including _Nelnet_ .

7.    I have/have not (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including: _____

8.    If given the choice, I would choose to complete my degree at Brightwood College, as opposed to stopping my education and receiving a discharge of my student loans.

9.    In   addition,   I   would   like   add   the   following:

I like the small Classes
The staff are very helpful and Knowledgable
I love my Class instructors.

_____

_____.

10.    No one has promised or offered me anything in exchange for providing this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November _____ , 2018

REDACTED

DECLARATION OF

I, ████████████████████████, hereby declare and affirm the following:

1.    I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.    I am a current student at _Brightwood_ in _Dayton,_ _OH_. (School, city, state)

3.    I am enrolled in the _Medical Assistant_ program.

4.    Upon graduation, I will receive a _diploma_ _Medical Assistant_.

5.    I expect to complete my program in _April 2019_.

6.    To pay for my education, I have utilized Federal student aid programs, including _NelNet_.

7.    I have / have not (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including:

_____.

REDACTED

8. If given the choice, I would choose to complete my degree at Brightwood College, as opposed to stopping my education and receiving a discharge of my student loans.

9. In addition, I would like add the following:

I like the hands one instructors the small Classes

10. No one has promised or offered me anything in exchange for providing this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November ____, 2018



[NAME]

REDACTED

## DECLARATION OF _____

I, ████████████████████████ hereby declare and affirm the following:

1.      I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.      I am a current student at Brightwood College in Dayton, OH . (School, city, state)

3.      I am enrolled in the Medical Assistant program.

4.      Upon graduation, I will receive a Diploma in medical Assisting .

5.      I expect to complete my program in ~~February~~ it February 2018 .

6.      To pay for my education, I have utilized Federal student aid programs, including Nelnet .

7.      I have/have not (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including: Have not .

8.    If given the choice, I would choose to complete my degree at Brightwood College, as opposed to stopping my education and receiving a discharge of my student loans.

9.    In    addition,    I    would    like    add    the    following:

I like the small classes, hands on process & we have great instructors that teaches the class very well. It's a really good school.

10.    No one has promised or offered me anything in exchange for providing this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November ___|___, 2018



REDACTED

**DECLARATION OF** ███████████

I, ███████████ , hereby declare and affirm the following:

1.     I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.     I am a current student at _Brightwood College_ in _EL Paso_, _Texas_ . (School, city, state)

3.     I am enrolled in the _Networking Administratin Informatin System_ program.

4.     Upon graduation, I will receive a ~~April 30, 2018~~ ███ _Diploma_ .

5.     I expect to complete my program in _April 30, 2018_ .

6.     To pay for my education, I have utilized Federal student aid programs, including _VA Education, Frnanial Aid, Pell Grant_ .

7.     I have/have not (Circle one that applies) received student aid in excess of   tuition   and   fees   to   offset   my   living   expenses,   including:

_____ .

04629098.1

REDACTED

8.    If given the choice, I would choose to complete my degree at Brightwood College, as opposed to stopping my education and receiving a discharge of my student loans.

9.    In    addition,    I    would    like    add    the    following: The Brightwood College here in El Paso, Texas is awesome, and From The President on down and Staff wants you to shcceed in your educational goals and beyond. The Staff and Instructors are awesome and really care about the students here. I Love this school (Brightwood College)!

10.    No one has promised or offered me anything in exchange for providing this statement, I give it freely and voluntarily.


[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November ___/___, 2018



REDACTED