# EXHIBIT 4

## Student Declarations

## DECLARATION OF _____

I, ███████████████, hereby declare and affirm the following:

1.    I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.    I am a current student at _Virginia College_ in _Florence_, _SC_____. (School, city, state)

3.    I am enrolled in the _Medical Biller and Coding_ program.

4.    Upon graduation, I will receive a _Certificate_____

_____.

5.    I expect to complete my program in _May_____ _2019_____.

6.    To pay for my education, I have utilized Federal student aid programs, including _Scholarship_____.

7.    I have/have not (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including:

_____.

8.    If given the choice, I would choose to complete my degree at Virginia College, as opposed to stopping my education and receiving a discharge of my student loans.

9.    In   addition,   I   would   like   add   the   following:

The instructors are very nice and knowledgable of what they are teaching. I am very glad I got the opportunity to be apart of Virginia College to further my career.

10.    No one has promised or offered me anything in exchange for providing this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November ___|___, 2018



[NAME]

REDACTED

## DECLARATION OF ███████████████

I, ████████████████, hereby declare and affirm the following:

1.    I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.    I am a current student at _Virginia College_ in _Fort Pierce, Florida_. (School, city, state)

3.    I am enrolled in the _Medical assisting program_ program.

4.    Upon graduation, I will receive a _Medical assistant associates Degree_.

5.    I expect to complete my program in _March 2019_.

6.    To pay for my education, I have utilized Federal student aid programs, including _Grants and loans._

7.    I have/have not (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including: _School supplies, housing, Transportation_

8.     If given the choice, I would choose to complete my degree at

Virginia College, as opposed to stopping my education and receiving a

discharge of my student loans.

9.     In     addition,     I     would     like     add     the     following:

Virginia College has been a wonderful
experience for me and I would truley be
Sad if my college experience was cut short.
Additionaly I think its unfair for myself and
all students not the able to complete thier eduction

10.     No one has promised or offered me anything in exchange for providing

this statement, I give it freely and voluntarily.


[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November ☉ \   , 2018

REDACTED

## DECLARATION OF _____

I, ███████████████████, hereby declare and affirm the following:

1.    I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.    I am a current student at _Brightwood_ in _Fort Worth_ _TX_ . (School, city, state)

3.    I am enrolled in the _Dental Assistant_ program.

4.    Upon graduation, I will receive a _Diploma_ _+ RDA_ .

5.    I expect to complete my program in _Jun 2019_ _____ .

6.    To pay for my education, I have utilized Federal student aid programs, including _Pell grants , loens_ .

7.    I have/have not (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including: _____ .

8.    If given the choice, I would choose to complete my degree at Brightwood College, as opposed to stopping my education and receiving a discharge of my student loans.

9.    In     addition,    I    would    like    add    the    following:

*I absolutly love this program + My instructors!*

10.   No one has promised or offered me anything in exchange for providing this statement, I give it freely and voluntarily. *yes!*

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November __1__ , 2018



REDACTED

**DECLARATION OF** ▮▮▮▮▮▮▮▮▮▮▮▮

I, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ , hereby declare and affirm the following:

1.      I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.      I am a current student at _Brightwood College_ in _Fortworth, Texas_ . (School, city, state)

3.      I am enrolled in the _Dental Assisting_ program.

4.      Upon graduation, I will receive a _Diploma and RDA_ .

5.      I expect to complete my program in _2/2018_ .

6.      To pay for my education, I have utilized Federal student aid programs, including _Pale grants ; working scholarship_ .

7.      I have/have not (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including:

_____ .

8.    If given the choice, I would choose to complete my degree at

Brightwood College, as opposed to stopping my education and receiving a discharge

of my student loans. yes I would complete my degree at
Brightwood College.

9.    In    addition,    I    would    like    add    the    following:

This College is wonderful. The teachers
and staff are very helpful in our needs.
I love that the instructors expect nothing
but our best and encourage us as
students to become the best we can be.
I have and will continue to recommend friends

10.    No one has promised or offered me anything in exchange for providing

this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

→to this College. Also being a mother of
(3) amazing children this College provided day /
night classes which is very helpful. I'm thankful
to have been giving the knowledged of a Dental
Assistant in a timely manner. I use to dislike
high school and when I was told I could
recive my diploma in 9 months I was
extremely excited. If it would of been longer
than 9 months I would of never enrolled.
The staff truly cares about their students
and their success.

04629098.1

2

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November __, 2018



[NAME]

REDACTED

## DECLARATION OF _____

I, ████████████ , hereby declare and affirm the following:

1.    I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.    I am a current student at _Brightwood_ in _Philadelphia,_ _Pennsylvania_ _career institute_ . (School, city, state)

3.    I am enrolled in the _Medical Assistant_ _____ program.

4.    Upon graduation, I will receive a _Diploma_ _in medical assistant_ .

5.    I expect to complete my program in _February_ _2019_ .

6.    To pay for my education, I have utilized Federal student aid programs, including _pell grant and student loans_ .

7.    I have/have not (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including: _____ .

04629098.1

8.     If given the choice, I would choose to complete my degree at

~~Bright~~ _____ ~~Career~~ College, as opposed to stopping my education and receiving a

discharge of my student loans.

9.     In     addition,     I     would     like     add     the     following:

_____

_____

_____

_____

_____.

10.     No one has promised or offered me anything in exchange for providing

this statement, I give it freely and voluntarily.


[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November ___|___, 2018



[N

REDACTED

## DECLARATION OF _____

I, ████████████████ , hereby declare and affirm the following:

1.     I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.     I am a current student at _Brighton and Academy_ in _Philadelphia_, _PA_ . (School, city, state)

3.     I am enrolled in the _Electrical Trade_ program.

4.     Upon graduation, I will receive a _~~Certificate~~ Diploma_ .

5.     I expect to complete my program in _June of 2019_ .

6.     To pay for my education, I have utilized Federal student aid programs, including _Yh P. Gr. to_ .

7.     I have/have not (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including:

_____.

8.    If given the choice, I would choose to complete my degree at
Brightwood College, as opposed to stopping my education and receiving a
~~Career Institute~~
discharge of my student loans.

9.    In    addition,    I    would    like    add    the    following:

_____

_____

_____

_____

_____.

10.    No one has promised or offered me anything in exchange for providing
this statement, I give it freely and voluntarily.


[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November ___, 2018



[NAME]

REDACTED

## DECLARATION OF _____

I, ██████████████████ , hereby declare and affirm the following:

1.    I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.    I am a current student at <u>brightwood career</u> in <u>Philadelphia</u>
     <u>Institute</u>
<u>PA</u>          . (School, city, state)

3.    I am enrolled in the <u>Medical     assistance</u>
program.

4.    Upon   graduation,   I   will   receive   a   <u>Diploma</u>
<u>in   medical   assistanting</u>   .

5.    I   expect   to   complete   my   program   in   <u>1/2016</u>
_____ .

6.    To pay for my education, I have utilized Federal student aid programs, including <u>Pell Grant + Student loan</u>                    .

7.    I have/(have not) (Circle one that applies) received student aid in excess of   tuition   and   fees   to   offset   my   living   expenses,   including:
_____ .

04629098.1

REDACTED

8.    If given the choice, I would choose to complete my degree at Brightwood Career Institute ~~College~~, as opposed to stopping my education and receiving a discharge of my student loans.

9.    In    addition,    I    would    like    add    the    following:

_____

_____

_____

_____

_____ .

10.   No one has promised or offered me anything in exchange for providing this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November ___1___, 2018



[NAME]

REDACTED

**DECLARATION OF** _____

I, _____ , hereby declare and affirm the following:

1.       I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.       I am a current student at ~~_____~~ in ~~_____~~ , ~~_____~~ . (School, city, state)

3.       I am enrolled in the ~~_____~~ program.

4.       Upon   graduation,   I   will   receive   a   ~~_____~~ ~~_____~~ .

5.       I   expect   to   complete   my   program   in   ~~_____~~ ~~_____~~ .

6.       To pay for my education, I have utilized Federal student aid programs, including ~~_____~~ .

7.       I have/have not (Circle one that applies) received student aid in excess of   tuition   and   fees   to   offset   my   living   expenses,   including:
_____  __ _____ .

04629098.1

REDACTED

8.    If given the choice, I would choose to complete my degree at

_~Brighti_ _College,_ as opposed to stopping my education and receiving a

discharge of my student loans.

9.    In    addition,    I    would    like    add    the    following:

_____

_____

_____

_____

_____.

10.    No one has promised or offered me anything in exchange for providing

this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November _____, 2018



[NAME]

3

REDACTED

## DECLARATION OF _____

I, ███████████████, hereby declare and affirm the following:

1.      I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.      I am a current student at _Brightwood_ in _PA Philadelphia_ _____. (School, city, state)

3.      I am enrolled in the _C N T  Dept_ _____ program.

4.      Upon graduation, I will receive a _Computer_ _Networking Degree_ _____.

5.      I expect to complete my program in _January 2019_ _____.

6.      To pay for my education, I have utilized Federal student aid programs, including _Pelt Grant, Student loans_ _____.

7.      I have/have not (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including: _____.

04629098.1

REDACTED

8.     If given the choice, I would choose to complete my degree at ‾‾Brightwood‾‾ College, as opposed to stopping my education and receiving a discharge of my student loans.

9.     In     addition,    I     would    like    add    the    following:

Teacher are very Knoweldgabu and very helpful when teaching the Subject. I am able to understand all the materials teught

10.     No one has promised or offered me anything in exchange for providing this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November ____, 2018



[NAME]

3

REDACTED

DECLARATION OF

I, ████████████████ , hereby declare and affirm the following:

1.    I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.    I am a current student at _Virginia College_ in _Greensboro NC_ . (School, city, state)

3.    I am enrolled in the _Culinary    Program_ program.

4.    Upon  graduation,  I  will  receive  a  _certificate in Culinary_ .

5.    I  expect  to  complete  my  program  in _July  2019_ .

6.    To pay for my education, I have utilized Federal student aid programs, including _Title A funding_ .

7.    I have/have not (Circle one that applies) received student aid in excess of  tuition  and  fees  to  offset  my  living  expenses,  including:

_____ .

04629098.1

8.    If given the choice, I would choose to complete my degree at

_Virginia_ College, as opposed to stopping my education and receiving a

discharge of my student loans.

9.    In    addition,    I    would    like    add    the    following:

every day here at - Virginia College is fruitful
with knowledge. It may be difficult with
life going on but when I'm in the kitchen
it's all worthwhile. I'm confident once
I'm done here I will be set up to succeed.

10.    No one has promised or offered me anything in exchange for providing

this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November ___*1*___, 2018

## DECLARATION OF _____

I, ████████████████████ , hereby declare and affirm the following:

1.    I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.    I am a current student at _Virginia College_ in _Greensboro_, _NC_ . (School, city, state)

3.    I am enrolled in the _Advanced Pastry PBC 1020 A_ program.

4.    Upon graduation, I will receive a _Pastry Certificate_ .

5.    I expect to complete my program in _March 2019_ .

6.    To pay for my education, I have utilized Federal student aid programs, including _Title Y Funding_ .

7.    I have/have not (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including:

_____ .

REDACTED

8.   If given the choice, I would choose to complete my degree at Virginia College, as opposed to stopping my education and receiving a discharge of my student loans.   *Yes*

9.   In   addition,   I   would   like   add   the   following:

*The group of instructers is top notch, I feel as though there could be some restructure of curriculum in the program to accumodate the working student, however the real world education is what I wanted out of this school.*

10.   No one has promised or offered me anything in exchange for providing this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November ___/___, 2018



[NAME]

REDACTED

## DECLARATION OF

I, ████████████████ hereby declare and affirm the following:

1.    I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.    I am a current student at Career Institute *Brightwood* in Harrisburg, PA . (School, city, state)

3.    I am enrolled in the Computer Networking Technology program.

4.    Upon graduation, I will receive a Associate in Specialized Technology degree.

5.    I expect to complete my program in October 8 2019 .

6.    To pay for my education, I have utilized Federal student aid programs, including grants and loans.

7.    I (have) have not (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including: gas and computer for school.

REDACTED

8.     If given the choice, I would choose to complete my degree at Brightwood Career Institute as opposed to stopping my education and receiving a discharge of my student loans.

9.     In     addition,     I     would     like     add     the     following:

_Because my classes are small,_
_Instructors are knowledgeable and_
_have experience in the field. My employer_
_is going to promote me into an IT position_
_when I complete my education_

10.     No one has promised or offered me anything in exchange for providing this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November ____ , 2018

[NAME]

REDACTED

## DECLARATION OF _____

I, _____, hereby declare and affirm the following:

1.     I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.     I am a current student at _Brightwood_ in _Harrisburg, Pennsylvania_. (School, city, state)

3.     I am enrolled in the _Medical Billing and Coding_ program.

4.     Upon graduation, I will receive a _Diploma_ _____

5.     I expect to complete my program in _April 14, 2019_ _____

6.     To pay for my education, I have utilized Federal student aid programs, including _Grants and Title IV Loans_ _____.

7.     I have/have not (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including: _____.

04629098.1

REDACTED

8.   If given the choice, I would choose to complete my degree at Brightwood Career Institute as opposed to stopping my education and receiving a discharge of my student loans.

9.   In   addition,   I   would   like   add   the   following:

<u>Once I complete my education at Brightwood, my goal is to work in a doctor's office and hopefully be able to work in the front and back office since I have already completed the Medical Assistant program at Brightwood as well.</u>

10.   No one has promised or offered me anything in exchange for providing this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November __1__, 2018



[NAME]

REDACTED

**DECLARATION OF** ███████████████

I, ███████████ _____, hereby declare and affirm the following:

1.   I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.   I am a current student at Virginia College in Huntsville, Alabama.

3.   I am enrolled in the _cosmetology program_ _____.

4.   Upon graduation, I will receive a _diploma_ _____ _and liscense_ _____.

5.   I expect to complete my degree in _January_ _____ _2019_ _____.

6.   To pay for my education, I have utilized Federal student aid programs, including _loans and grants_ _____.

7.   I ████ _____ received student aid in excess of tuition and fees to offset living expenses, including: _gas, and all items necessary for school_.

8.   If given the choice, I would choose to complete my degree at Virginia College, as opposed to stopping my education and receiving a discharge of my student loans.

9.   In addition, I would like add the following: _I would be devastated to have come so far and not_

REDACTED

be given opportunity to complete what I have started. I have children to help support, I have always dreamed of doing hair and I'm so close to my goal. Virginia College is basically everything for my future, its very necessary.

10.     No one has promised or offered me anything in exchange for providing this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October __3/__, 2018



[NAME]

REDACTED

**DECLARATION OF** ▓▓▓▓▓▓▓▓▓▓

I, ▓▓▓▓▓▓▓▓▓▓▓▓▓, hereby declare and affirm the following:

1.      I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.      I am a current student at Virginia College in Huntsville, Alabama.

3.      I am enrolled in the *Business program* .

4.      Upon   graduation,   I   will   receive   a   *Deploma*  _____ .

5.      I   expect   to   complete   my   degree   in   *January* *2019* .

6.      To pay for my education, I have utilized Federal student aid programs, including *loans and grants* .

7.      I *have* received student aid in excess of tuition and fees to offset living expenses, including: *gas, food, Bills* .

8.      If given the choice, I would choose to complete my degree at Virginia College, as opposed to stopping my education and receiving a discharge of my student loans.

9.      In   addition,   I   would   like   add   the   following:

_____

REDACTED

_I thank Virginia Collage for letting me_
_ferther my education and I Just won't_
_to complete what I Started Thank you for_
_listen ._

10.    No one has promised or offered me anything in exchange for providing
this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October _31_ , 2018



[NAME]

REDACTED

**DECLARATION OF** ████████

I ████████, hereby declare and affirm the following:

1. I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2. I am a current student at Virginia College in Huntsville, Alabama.

3. I am enrolled in the **Business Admin.** .

4. Upon graduation, I will receive a **Diploma** _____ .

5. I expect to complete my degree in **Dec. 5 2018** .

6. To pay for my education, I have utilized Federal student aid programs, including **Stafford Loan § Pell Grants**

7. I **Have** received student aid in excess of tuition and fees to offset living expenses, including: **Food, Utilities Bills. Etc.**

8. If given the choice, I would choose to complete my degree at Virginia **Yes** College, as opposed to stopping my education and receiving a discharge of my student loans.

9. In addition, I would like add the following: **I have enjoyed this learning**



experience it will help me with the Non-Profit organization I have Started. and I would Lose a lot if the Doors of the school was closed Before June 2019

10.   No one has promised or offered me anything in exchange for providing

this statement, I give it freely and voluntarily.



[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October **31**, 2018



[NAME]

REDACTED

**DECLARATION OF** ▇▇▇▇▇▇▇▇

I, ▇▇▇▇▇▇▇▇▇▇▇, hereby declare and affirm the following:

1.    I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.    I am a current student at Virginia College in Huntsville, Alabama.

3.    I am enrolled in the *Business Administration*.

4.    Upon graduation, I will receive a *Diploma in Business Administration*.

5.    I expect to complete my degree in *February 2019*.

6.    To pay for my education, I have utilized Federal student aid programs, including *Stafford loans*.

7.    If given the choice, I would choose to complete my degree at Virginia College, as opposed to stopping my education and receiving a discharge of my student loans.

8.    In addition, I would like add the following:

*· I would have continued on with Virginia college to pursue my Associates Degree had the school remained open.   · I have invested a lot of my time and resources*

REDACTED

*into this program, I do not want to have to stop and do it over somewhere else.*

9. No one has promised or offered me anything in exchange for providing this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October _3/_, 2018



[NAME]

## DECLARATION OF ███████

I, ███████, hereby declare and affirm the following:

1.    I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.    I am a current student at _Virginia College_ in _Jackson,_ _MS_. (School, city, state)

3.    I am enrolled in the _Computer Networking_ program.

4.    Upon graduation, I will receive a _Associates_ _in Computer Networking_.

5.    I expect to complete my program in _April_ _2019_.

6.    To pay for my education, I have utilized Federal student aid programs, including _Pell Grant_.

7.    I have/have not (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including: _Food, Rent and Utilities_.

8.     If given the choice, I would choose to complete my degree at Virginia College, as opposed to stopping my education and receiving a discharge of my student loans.

9.     In     addition,     I     would     like     add     the     following:

The time I've spent here at Virginia College has been eventful. I have gain the knowledge to go into the computer networking workforce and flourish. Premature closure will halt the milestone of acheiving my first degree.

10.    No one has promised or offered me anything in exchange for providing this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

REDACTED

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October  3\ , 2018



REDACTED

**DECLARATION OF** ▮▮▮▮▮▮▮▮

I ▮▮▮▮▮▮▮▮▮▮▮▮▮▮, hereby declare and affirm the following:

1.      I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.      I am a current student at _Virginia College_ in _Jackson_, _Ms._ . (School, city, state)

3.      I am enrolled in the _Cosmetology_ program.

4.      Upon graduation, I will receive a _diploma / certificate of completion_ .

5.      I expect to complete my program in _Jan./Feb 2019_ .

6.      To pay for my education, I have utilized Federal student aid programs, including _Pale Grant / Educational Student Loans_ .

7.      I have / have not (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including: _bills, food, etc_ .

REDACTED

8.     If given the choice, I would choose to complete my degree at Virginia
College, as opposed to stopping my education and receiving a discharge of my
student loans. *Yes, I choose to complete my diploma course.*

9.     In     addition,     I     would     like     add     the     following:
*Before enrolling into the cosmetology program, I was personally lost with no clear direction
as to what I wanted for my life. Since enrolling, I've developed a passion for
this course, as well as put myself in a position to become financially independent.
I put my all into showing up to class everyday & putting my best foot forward
to maximize the potential of this craft I am learning. I have had two grandparents
die since I started in January & the only thing that kept me going was knowing I had school to go to.*

10.    No one has promised or offered me anything in exchange for providing
this statement, I give it freely and voluntarily. *No, I give it freely & voluntarily.
I moved out here from Atlanta Georgia and to that fact I know no one
in Mississippi. Since school became apart of my daily life, I've met some new
friends & I don't feel so secluded to myself anymore. I am pleading to the court
on behalf of the entire cosmetology program at Virginia College in Jackson, MS,*

[Reminder of page intentionally left blank]

*please don't close our doors, we love what we do here. Please let us graduate and
have something to start our lives with. If it wasn't for Virginia College and it's
lessons and experiences, I honestly don't know what I would ~~start~~ doing.
Coming to school is a major part of my life, and I look forward to coming
here every single day ~~here~~ because I know these days are not only setting me
up for success, but these days are a lasting memory as to how I got
started doing what I love. I need my chance to be able to move out on
my own and start taking care of myself entirely. Words can't express
enough the feeling that is generated when I know school is in session.
I'm a 22 year old who doesn't like weekends anymore because I would rather
be at Virginia College. This is a moment in all of our lives to
say "we did it!" We graduated "We made it." Please don't close our school.*

04629098.1

I declare under penalty of perjury that the foregoing is true and correct.

Dated: ~~October~~ _____, 2018
November 1, 2018

Students & staff develop personal relationships, we come in as freshman and leave as a close knit family. We Cherish these moments and we all want to see each other, succeed.

Regin, please keep our doors open... please.

deepest Regards

REDACTED

**DECLARATION OF** ███████████

I, ███████████ , hereby declare and affirm the following:

1.  I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.  I am a current student at _Virginia College_ in _Jackson_, _Mississippi_ . (School, city, state)

3.  I am enrolled in the _Medical Assistant_ program.

4.  Upon graduation, I will receive a _diploma or certificate_ .

5.  I expect to complete my program in _March 2019_ .

6.  To pay for my education, I have utilized Federal student aid programs, including _pell grants._ .

7.  I (have) have not (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including: _gas, school supplies, and all items neccesary for success_

8.    If given the choice, I would choose to complete my degree at Virginia College, as opposed to stopping my education and receiving a discharge of my student loans.

9.    In    addition,    I    would    like    add    the    following: I believe in the Virginia College brand, this is my third program to be completed. The staff has always worked to help me become successful and encourages me to complete programs.

_____

_____

10.    No one has promised or offered me anything in exchange for providing this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October _3/_ , 2018



[NAME]

REDACTED

**DECLARATION OF** _____

I, ████████████████ , hereby declare and affirm the following:

1.     I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.     I am a current student at _Virginia College_ in _Knoxville, TN_ . (School, city, state)

3.     I am enrolled in the _Medical Assistant_ program.

4.     Upon graduation, I will receive a _Associate degree_ .

5.     I expect to complete my program in _June 2019_ .

6.     To pay for my education, I have utilized Federal student aid programs, including _Post 911 GI Bill_ .

7.     I have/have not (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including:

_____ .

8.    If given the choice, I would choose to complete my degree at _____ College, as opposed to stopping my education and receiving a discharge of my student loans.

9.    In   addition,   I   would   like   add   the   following:

The training I received was very helpful for my future.

_____

_____

_____.

10.    No one has promised or offered me anything in exchange for providing this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

04629098.1                                    2

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November ____, 2018   

REDACTED

## DECLARATION OF _____

I, _____, hereby declare and affirm the following:

1.    I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.    I am a current student at _Virginia College_ in _Knoxville, TN_. (School, city, state)

3.    I am enrolled in the _Electrical Tech_ program.

4.    Upon  graduation,  I  will  receive  a  _____ _Electrica Tech Cert_.

5.    I  expect  to  complete  my  program  in  _____ _July 2019_.

6.    To pay for my education, I have utilized Federal student aid programs, including _N/A_.

7.    I have/have not (Circle one that applies) received student aid in excess of   tuition   and   fees   to   offset   my   living   expenses,   including: _N/A_.

8.     If given the choice, I would choose to complete my degree at
_Virginia_ College, as opposed to stopping my education and receiving a
discharge of my student loans.

9.     In     addition,     I     would     like     add     the     following:
All instructors are ~~all~~ some of the best in the
industry

10.    No one has promised or offered me anything in exchange for providing
this statement, I give it freely and voluntarily.   True

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November ___/___, 2018



REDACTED