# EXHIBIT 5
## Student Declarations

## DECLARATION OF _____

I, ▮▮▮▮▮▮▮▮▮_____, hereby declare and affirm the following:

1.    I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.    I am a current student at _Virginia College_ in _Knoxville_, _TN_. (School, city, state)

3.    I am enrolled in the _Electrical tech_ program.

4.    Upon graduation, I will receive a _Diploma_ _____.

5.    I expect to complete my program in _12 months_ _____.

6.    To pay for my education, I have utilized Federal student aid programs, including _Pell Grants_ .

7.    (I have)/have not (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including:

_____.

REDACTED

8.    If given the choice, I would choose to complete my degree at _____ College, as opposed to stopping my education and receiving a discharge of my student loans.

9.    In    addition,    I    would    like    add    the    following:

Classes are Great. _____

_____

_____

_____

_____.

10.   No one has promised or offered me anything in exchange for providing this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November ___|___, 2018



[NAME]

3

REDACTED

## DECLARATION OF _____

I, [REDACTED] _____, hereby declare and affirm the following:

1.    I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.    I am a current student at Virginia College in Macon, GA . (School, city, state)

3.    I am enrolled in the Cosmotology program.

4.    Upon graduation, I will receive a diploma & Cosmotology license .

5.    I expect to complete my program in March 19 2019 .

6.    To pay for my education, I have utilized Federal student aid programs, including unsubsidize loan .

7.    I have/have not (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including:

_____ .

04629098.1

8.    If given the choice, I would choose to complete my degree at

Virginia      College, as opposed to stopping my education and receiving a

discharge of my student loans.

9.    In    addition,    I    would    like    add    the    following:

_Finishing out this program would really make me_

_happy. I absolutely feel that I wouldn't get the_

_same learning experiences from another college._

_Im really enjoying it here and Ive come so far_

_in my career with only less than 4 months to go. please it_
_would mean alot for me to finish here where I feel comfortable!_

10.   No one has promised or offered me anything in exchange for providing

this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November ___, 2018



REDACTED

## DECLARATION OF _____

I, ████████████████████, hereby declare and affirm the following:

1.     I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.     I am a current student at _Virginia College_ in _Macon_, _Georgia_. (School, city, state)

3.     I am enrolled in the _Pharmacy Technician_ program.

4.     Upon graduation, I will receive a _Certification as a Pharmacy Technician_.

5.     I expect to complete my program in _March 2019_.

6.     To pay for my education, I have utilized Federal student aid programs, including _Subsidized and unsubsided loans, Pell Grant_.

7.     I have/have not (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including:

_____

04629098.1

REDACTED

8.    If given the choice, I would choose to complete my degree at Virginia College, as opposed to stopping my education and receiving a discharge of my student loans.

9.    In    addition,    I    would    like    add    the    following:

I've worked very hard to get where I am today. Closing my school will be a major set back for me, mentally and emotionally. I've fought hard to get the grades I have, closing my school would also be like a laugh in my face.

10.    No one has promised or offered me anything in exchange for providing this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

REDACTED

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November _____ /____, 2018



3

REDACTED

## DECLARATION OF ███████

I, ███████, hereby declare and affirm the following:

1.  I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.  I am a current student at _Golf Academy of America_ in _Myrtle Beach, SC_. (School, city, state)

3.  I am enrolled in the _Golf Complex Operations & Management_ program.

4.  Upon graduation, I will receive a _Associates in Applied Business_.

5.  I expect to complete my program in _12 / 2018_.

6.  To pay for my education, I have utilized Federal student aid programs, including _Pell Grant, subsidized loans_.

7.  (I have) have not (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including: _rent / utilities_.

8. If given the choice, I would choose to complete my degree at Golf _Academy of America_ College, as opposed to stopping my education and receiving a discharge of my student loans.

9. In addition, I would like add the following:

Without financial aid, I wouldn't be following My dream at Golf Academy of America, Myrtle Beach.

_____

_____

_____.

10. No one has promised or offered me anything in exchange for providing this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November _____, 2018



[NAME

REDACTED

**DECLARATION OF** ████████████

I, ████████████████████, hereby declare and affirm the following:

1.    I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.    I am a current student at _Golf Academy_ in _Myrtle Beach_ of America _South Carolina_. (School, city, state)

3.    I am enrolled in the _Complex Golf Ops and Managmn_ program.

4.    Upon graduation, I will receive a _Associates_ _of applied Business_ .

5.    I expect to complete my program in _April_ _2019_ .

6.    To pay for my education, I have utilized Federal student aid programs, including _Subsidized Student loans_ .

7.    I have/have not (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including:

_____.

REDACTED

8.     If given the choice, I would choose to complete my degree at

Golf Academy of America _____ College, as opposed to stopping my education and receiving a

discharge of my student loans.

9.     In   addition,   I   would   like   add   the   following:

_____

_____

_____

_____

_____.

10.    No one has promised or offered me anything in exchange for providing

this statement, I give it freely and voluntarily.   █████████

[Reminder of page intentionally left blank]

REDACTED

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November ___|___, 2018

[NAME]

REDACTED

**DECLARATION OF** ████████████

I ████████████████ , hereby declare and affirm the following:

1.     I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.     I am a current student at _Golf Academy of America Myrtle Beach, SC_ _____. (School, city, state)

3.     I am enrolled in the _Golf Complex Operations and management_ program.

4.     Upon graduation, I will receive a _Associate of applied Business._ _____.

5.     I expect to complete my program in _____ _Spring 2020._

6.     To pay for my education, I have utilized Federal student aid programs, including _pell Grant, Subsidized loans._

7.     (I have)/have not (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including: _Rent, Utilities, etc._

04629098.1

8.    If given the choice, I would choose to complete my degree at

_Golf Academy of America._ College, as opposed to stopping my education and receiving a

discharge of my student loans.

9.    In    addition,    I    would    like    add    the    following:

Without financial aid, my Journey
to Becoming a head professional is
at a havit. This school is giving
me The Knowledge i need to obtain
in order to do so.

10.    No one has promised or offered me anything in exchange for providing

this statement, I give it freely and voluntarily.

11-1-18

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November __\__, 2018



3

REDACTED

**DECLARATION OF** _____

I, ███████████████████ , hereby declare and affirm the following:

1.    I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.    I am a current student at _VIRGINIA COLLEGE PENSACOLA FL_ . (School, city, state)

3.    I am enrolled in the _NETWORK SUPPORT TECHNICIAN_ program.

4.    Upon   graduation,   I   will   receive   a   _DIPLOMA_ _____

5.    I   expect   to   complete   my   program   in   _JAN 2019_ _____

6.    To pay for my education, I have utilized Federal student aid programs, including _VA # PELL GRANT_ .

7.    (I have) have not (Circle one that applies) received student aid in excess of   tuition   and   fees   to   offset   my   living   expenses,   including: _____ .

04629098.1

REDACTED

8.    If given the choice, I would choose to complete my degree at
_VIRGINIA_ College, as opposed to stopping my education and receiving a discharge of my student loans.

9.    In     addition,    I    would    like    add    the    following:

_____ N/A _____

_____

_____

_____.

10.    No one has promised or offered me anything in exchange for providing this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November ____/____, 2018



[NA

REDACTED

## DECLARATION OF _____

I, [REDACTED] , hereby declare and affirm the following:

1.   I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.   I am a current student at _Virginia College_ in _Pensacola_ , _FL_ . (School, city, state)

3.   I am enrolled in the _Surgical Technology_ program.

4.   Upon graduation, I will receive a _Associate's degree_ .

5.   I expect to complete my program in _Sept. 2019_ .

6.   To pay for my education, I have utilized Federal student aid programs, including _direct loans, title IV_ .

7.   I have / have not (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including: _N/a_ .

8.     If given the choice, I would choose to complete my degree at

_Virginia_     College, as opposed to stopping my education and receiving a

discharge of my student loans.

9.     In     addition,     I     would     like     add     the     following:

the staff at Virginia College in Pensacola, FL have been extremely
helpful throughout my educational process. I'd rather finish where
I started but also I'd like to finish where every student matters
and is not just a number. I feel like my success matters to
not only me, but to all those around me.                        .

10.    No one has promised or offered me anything in exchange for providing

this statement, I give it freely and voluntarily.


[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November ___|___, 2018



[NAME]

REDACTED

## DECLARATION OF ▌▌▌▌▌▌▌▌

I, ▌▌▌▌▌▌▌▌▌▌▌▌▌▌ hereby declare and affirm the following:

1.    I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.    I am a current student at _Brightwood career institue_ in _Pennsylvania_, _____. (School, city, state)

3.    I am enrolled in the ~~Electreian~~ _Electrical Technician_ program.

4.    Upon graduation, I will receive a _Electrical Diploma_ _____.

5.    I expect to complete my program in _January 2019_ _____.

6.    To pay for my education, I have utilized Federal student aid programs, including _loans and grants_ _____.

7.    (have)/have not (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including:

_____.

REDACTED

8.      If given the choice, I would choose to complete my degree at Brightwood Career Institute, as opposed to stopping my education and receiving a discharge of my student loans.

9.      In     addition,     I     would     like     add     the     following:

I hope the school don't Cbsed down because I want to recieve my Electrical ~~Dipel~~ Diploma to I could Start Career as a Journeyman Or Electrician Contractor.

10.     No one has promised or offered me anything in exchange for providing this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

## DECLARATION OF

I ████████████████████ hereby declare and affirm the following:

(18)

1.     I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.     I am a current student at _Brightwood_ in _philadelphia_ _PA._ . (School, city, state)

3.     I am enrolled in the _Medical Assistant_ program.

4.     Upon   graduation,   I   will   receive   a   _diploma_

5.     I   expect   to   complete   my   program   in   _March_

6.     To pay for my education, I have utilized Federal student aid programs, including _Grants and Student loans_ .

7.     I have/have not (Circle one that applies) received student aid in excess of   tuition   and   fees   to   offset   my   living   expenses,   including: _NA_ .

04629098.1

REDACTED

8.    If given the choice, I would choose to complete my degree at Brightwood Career Institute, as opposed to stopping my education and receiving a discharge of my student loans.

9.    In     addition,    I    would    like    add    the    following:

I came to brightwood to finish the programe and have a good paying job it would be unfortunate if they close brightwood after i made it so far along it would be a waste of my time.

10.    No one has promised or offered me anything in exchange for providing this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 31, 2018



[NAME]

## DECLARATION OF

I, ████████████████████, hereby declare and affirm the following:

1.    I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.    I am a current student at _GAA_ in _PHOENIX_, _ARIZONA_. (School, city, state)

3.    I am enrolled in the _AA Golf Course OPERATIONS MANAGEMENT_ program.

4.    Upon graduation, I will receive a _AA in GOLF OPERATIONS MANAGEMENT_.

5.    I expect to complete my program in _FALL 2019_.

6.    To pay for my education, I have utilized Federal student aid programs, including _GI Bill , Post 9-11 GI Bill_.

7.    I (have) / have not (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including: _GI Bill & LOAN_.

REDACTED

8.    If given the choice, I would choose to complete my degree at ~~Virginia~~ GAA ~~College~~, as opposed to stopping my education and receiving a discharge of my student loans.

9.    In   addition,   I   would   like   add   the   following:

THERE HAVE BEEN A LOT OF OBSTACLES TO OVER COME TO GET THIS FAR. I QUIT A JOB AT AN ELECTRICAL ENGINEERING CONSULTANT FIRM. I moved TO ARIZONA, I AM NOW HAVING TO RELOCATE CAMPUSES IN THE MIDDLE OF THE HOLIDAY SEASON TO FINISH OUT MY DEGREE AT ANOTHER CAMPUS. TO SHUT DOWN THE CAMPUS - CONT. BELOW ↓

10.    No one has promised or offered me anything in exchange for providing this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

AND NOT ALLOW THE CURRENT STUDENTS TO FINISH SOUNDS LIKE THE LEAST ADVANTAGEOUS ROUTE FOR ALL INVOLVED. THAT SOUNDS LIKE THEY DON'T CARE ABOUT THE STUDENTS (STUDENTS LIVES IMPACTED/FAMILY) FACULTY, OR THE EDUCATION).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: ~~October~~ , 2018
Nov. 1st



REDACTED

## DECLARATION OF _____

I, ██████████████████, hereby declare and affirm the following:

1.     I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.     I am a current student at *Golf Academy of America* in *Phoenix*, *AZ*. (School, city, state)

3.     I am enrolled in the *Golf Operations Management* program.

4.     Upon graduation, I will receive a *AA Degree*.

5.     I expect to complete my program in *December, 2019*.

6.     To pay for my education, I have utilized Federal student aid programs, including *NA*.

7.     I have/have not (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including:

_____.

04629098.1

REDACTED

8.   If given the choice, I would choose to complete my degree at ~~Virginia~~ GAA ~~College,~~ as opposed to stopping my education and receiving a discharge of my student loans.

9.   In   addition,   I   would   like   add   the   following:

I have never been a great student and have struggled to find something that I can enjoy as a career. This school has changed all that as I am enjoying it, learning great stuff and will be happy with my career path if I get to complete the schooling.

10.   No one has promised or offered me anything in exchange for providing this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: ~~October~~ _____, 2018
       *November,* 1



REDACTED

## DECLARATION OF _____

I, ███████████████ , hereby declare and affirm the following:

1.    I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.    I am a current student at _GOLF ACADEMY OF_ in _PHOENIX_ , AMERICA
_ARIZONA_ . (School, city, state)

3.    I am enrolled in the ___AAB IN GOLF OPERATIONS MANAGEMENT___ program.

4.    Upon graduation, I will receive a ___AA IN GOLF OPERATIONS MANAGEMENT___ .

5.    I expect to complete my program in ___DEC 2019___ _____ .

6.    To pay for my education, I have utilized Federal student aid programs, including ___VOCATIONAL REHABILITATION___ .

7.    I have/have not (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including:

_____ .

8.    If given the choice, I would choose to complete my degree at ~~Virginia~~ THE GOLF ACADEMY OF AMERICA ~~College~~, as opposed to stopping my education and receiving a discharge of my student loans.

9.    In    addition,    I    would    like    add    the    following:

WITH A CURRENT CAMPUS CLOSURE ALREADY IN PROCESS, THROWING ANOTHER CLOSURE w/ NO OPTION TO CONTINUE WOULD SERIOUSLY HINDER MY DEPARTMENT OF VETERAN AFFAIRS VOCATIONAL REHABILITATION PLANS AND SET ME BACK IN TIME, AND THE FEDERAL GOVERNMENT BACK IN MONEY. THIS IS NOT TO MENTION THE PERSONAL EXPENSES INCURRED TO COME DOWN HERE FOR SCHOOL.

10.    No one has promised or offered me anything in exchange for providing this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: ~~October~~ _____, 2018
        Nov      01



[NAME]

REDACTED

## DECLARATION OF _____

I, [REDACTED] , hereby declare and affirm the following:

1. I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2. I am a current student at _Golf Academy_ in _Phoenix_, _AZ_ . (School, city, state)

3. I am enrolled in the _Golf Operations Management_ program.

4. Upon graduation, I will receive an _AA in Golf Operations Management_ .

5. I expect to complete my program in _December of 2019_ .

6. To pay for my education, I have utilized Federal student aid programs, including _Loans & Post 9/11 GI Bill_ .

7. I (have) have not (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including: _Federal Student loans_ .

04629098.1

REDACTED

8.     If given the choice, I would choose to complete my degree at ~~Virginia~~ GAA ~~College~~, as opposed to stopping my education and receiving a discharge of my student loans.

9.     In     addition,     I     would     like     add     the     following:

I have made a big commitment to get my degree from GAA and closing the school would be a detriment to my success. I plan to use my degree to teach disabled veterans to play golf or to help improve their game to allow them the theraputic benifits golf has afforded me.

10.     No one has promised or offered me anything in exchange for providing this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: ~~October~~ _1ˢᵗ_, 2018
      November



REDACTED

## DECLARATION OF ▮▮▮▮▮

I, ▮▮▮▮▮▮▮▮▮▮, hereby declare and affirm the following:

1.     I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.     I am a current student at _Brentwood_ in _Pittsburgh, Pennsylvania_ (School, city, state)

3.     I am enrolled in the _Medical Assistant_ program.

4.     Upon   graduation,   I   will   receive   a   _Diploma_ _____

5.     I   expect   to   complete   my   program   in   _April 2019_

6.     To pay for my education, I have utilized Federal student aid programs, including _Student loan, FAFSA_.

7.     I have / have not (Circle one that applies) received student aid in excess of   tuition   and   fees   to   offset   my   living   expenses,   including:

_____

REDACTED

8.    If given the choice, I would choose to complete my diploma at Brightwood Career Institute, as opposed to stopping my education and receiving a discharge of my student loans.

9.    In   addition,   I   would   like   add   the   following:

I support ~~that~~ that School Should open because this School help me to find my Career and teach me and help me on doing my Clinical and professionalism.

10.    No one has promised or offered me anything in exchange for providing this statement, I give it freely and voluntarily.


[Reminder of page intentionally left blank]

2

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November ___1___, 2018

[NAME]

REDACTED

## DECLARATION OF ████████████████

I, ██████████_____, hereby declare and affirm the following:

1.  I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.  I am a current student at _Brightwood_ in _pittsburgh_ _PA_____. (School, city, state)

3.  I am enrolled in the _Medical assistant_ program.

4.  Upon graduation, I will receive a _Diploma_ _____.

5.  I expect to complete my program in _MA_ _____.

6.  To pay for my education, I have utilized Federal student aid programs, including _FAFSA_ _____.

7.  I have/have not (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including: _____.

REDACTED

8.    If given the choice, I would choose to complete my diploma at Brightwood College, as opposed to stopping my education and receiving a discharge of my student loans.

9.    In   addition,   I   would   like   add   the   following:

It is fast program for Student like us. who is from Come from Other country and get chance to Study.

10.   No one has promised or offered me anything in exchange for providing this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November ____1____, 2018



[NAME]

REDACTED

## DECLARATION OF _____

I, ███████████████ , hereby declare and affirm the following:

1.   I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.   I am a current student at _br?uswood_ in _Pittsburgh PA_ . (School, city, state)

3.   I am enrolled in the _Medical Assistance_ program.

4.   Upon   graduation,   I   will   receive   a   _Diploma_ _____ .

5.   I   expect   to   complete   my   program   in   _01/15/2019_ _____ .

6.   To pay for my education, I have utilized Federal student aid programs, including _Student loan_ _____ .

7.   I have/have not (Circle one that applies) received student aid in excess of   tuition   and   fees   to   offset   my   living   expenses,   including: _____ .

REDACTED

8.     If given the choice, I would choose to complete my diploma at Brightwood Career Institute, as opposed to stopping my education and receiving a discharge of my student loans.

9.     In   addition,   I   would   like   add   the   following:

Brightwood School helped to build my career in medical assistant and I am so happy about it. All teachers are nice and I strongly support to keep this school for other people to build their career.

10.     No one has promised or offered me anything in exchange for providing this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

2

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November —0⅃—, 2018



[NAME]

REDACTED

## DECLARATION OF _____

I, _____, hereby declare and affirm the following:

1.    I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.    I am a current student at _brentwood_ in _Pittsburgh, Pennsylvania_. (School, city, state)

3.    I am enrolled in the _Medical Assistant_ program.

4.    Upon graduation, I will receive a _Diploma_ _____

5.    I expect to complete my program in _April 14, 2019_

6.    To pay for my education, I have utilized Federal student aid programs, including _Student loan , Pell grant_ .

7.    I have/have not (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including: _____

04629098.1

REDACTED

8.    If given the choice, I would choose to complete my diploma at Brightwood Career Institute, as opposed to stopping my education and receiving a discharge of my student loans.

9.    In    addition,    I    would    like    add    the    following:

I support this school because they help me with a lot thing as, helping finding job for me and teach me about clinical skill, learn to take care other, which school is very good and help alot student acive.

10.    No one has promised or offered me anything in exchange for providing this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November _____ 1 _____, 2018



[NAME]

3

REDACTED

**DECLARATION OF** ▮▮▮▮▮▮▮▮

I ▮▮▮▮▮▮▮_____, hereby declare and affirm the following:

1.  I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.  I am a current student at _Brightwood_ in _Pittsburgh_ _Pennsylvania_ (School, city, state)

3.  I am enrolled in the _Medical Assistant_ program.

4.  Upon graduation, I will receive a _____ _Diploma_____.

5.  I expect to complete my program in _May of 2019_____.

6.  To pay for my education, I have utilized Federal student aid programs, including _the pell grant_____.

7.  I have/~~have not~~ (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including:

_____.

04629t98.1

REDACTED

8.    If given the choice, I would choose to complete my diploma at Brightwood Career Institute, as opposed to stopping my education and receiving a discharge of my student loans.

9.    In    addition,    I    would    like    add    the    following:

_____

_____

_____

_____

_____.

10.    No one has promised or offered me anything in exchange for providing this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November _____, 2018



3

REDACTED

## DECLARATION OF ███████

I, ███████████, hereby declare and affirm the following:

1.    I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.    I am a current student at _Brightwood_ in _Pittsburgh,_ _PA_ . (School, city, state)

3.    I am enrolled in the _Medical_ ~~Assistant~~ Assistant program.

4.    Upon   graduation,   I   will   receive   a   ~~Diplom~~ _Diploma_ .

5.    I   expect   to   complete   my   program   in   _May of_ _2019_ .

6.    To pay for my education, I have utilized Federal student aid programs, including _the Pell grant + loans_ .

7.    I have/have not (Circle one that applies) received student aid in excess of   tuition   and   fees   to   offset   my   living   expenses,   including:

_____

04629098.1

REDACTED

8.     If given the choice, I would choose to complete my diploma at Brightwood Career Institute, as opposed to stopping my education and receiving a discharge of my student loans.

9.     In     addition,     I     would     like     add     the     following:

That the staff is very helpful in helping me with my Education.

_____

_____

_____

10.    No one has promised or offered me anything in exchange for providing this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November _____, 2018

[NAME]

REDACTED

### DECLARATION OF ████████

I, ████████████████, hereby declare and affirm the following:

1.    I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.    I am a current student at _Brightwood_ in _Pittsburgh_, _Pa_. (School, city, state)

3.    I am enrolled in the _Medical Assistant_ program.

4.    Upon graduation, I will receive a _diploma_ _____

5.    I expect to complete my program in _May 2019_

6.    To pay for my education, I have utilized Federal student aid programs, including _Loans_.

7.    I have/have not (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including:

_____.

REDACTED

8.      If given the choice, I would choose to complete my diploma at Brightwood Career Institute, as opposed to stopping my education and receiving a discharge of my student loans.

9.      In    addition,    I    would    like    add    the    following:

The teachers are very supportive of the students

learning and the skills that need to be a successful

medical assistant

_____

_____ .

10.     No one has promised or offered me anything in exchange for providing this statement, I give it freely and voluntarily.


[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November _____, 2018



[N

3

REDACTED

**DECLARATION OF** ▮▮▮▮▮▮▮▮

I, ▮▮▮▮▮▮▮▮ , hereby declare and affirm the following:

1.    I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.    I am a current student at _Brightwood_ in _Pittsburgh_ _PA_ . (School, city, state)

3.    I am enrolled in the _Medical Assistant_ program.

4.    Upon graduation, I will receive a _diploma_ _____

5.    I expect to complete my program in _April 2019_

6.    To pay for my education, I have utilized Federal student aid programs, including _loans_ .

7.    I have/have not (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including:

_____

04629098.1

REDACTED

8.     If given the choice, I would choose to complete my diploma at Brightwood Career Institute, as opposed to stopping my education and receiving a discharge of my student loans.

9.     In     addition,     I     would     like     add     the     following:

the school is helping me to put my school on a better path. I feel as though it makes me responsible and they help me with any help i need at home and with my kids

10.    No one has promised or offered me anything in exchange for providing this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November __**1**___, 2018

████████████████████████

[NAME]

REDACTED

**DECLARATION OF** ▮▮▮▮▮▮▮▮

I, ▮▮▮▮▮▮▮▮, hereby declare and affirm the following:

1.     I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.     I am a current student at Brightwood in Pittsburgh, PA . (School, city, state)

3.     I am enrolled in the Medical Assisant program.

4.     Upon   graduation,   I   will   receive   a   diploma in Medical Assisting .

5.     I   expect   to   complete   my   program   in   March 2019 .

6.     To pay for my education, I have utilized Federal student aid programs, including loans and Pittsburgh Promise .

7.     I have/have not (Circle one that applies) received student aid in excess of   tuition   and   fees   to   offset   my   living   expenses,   including:

_____.

8.     If given the choice, I would choose to complete my diploma at Brightwood Career Institute, as opposed to stopping my education and receiving a discharge of my student loans.

9.     In     addition,     I     would     like     add     the     following:

Brightwood is an amazing School espically Since it's fast Paced and get done quick. Also Smaller Classes as why I came compared to bigger Schools.

10.    No one has promised or offered me anything in exchange for providing this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November _____1ˢᵗ_____, 2018



04629098.1

3

REDACTED