# EXHIBIT 6

## Student Declarations

## DECLARATION OF _____

I, [REDACTED], hereby declare and affirm the following:

1.     I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.     I am a current student at Virginia College in Richmond Virginia. (School, city, state)

3.     I am enrolled in the Occupational Therapy Asst. program.

4.     Upon graduation, I will receive a Associate's degree.

5.     I expect to complete my program in March/April 2019.

6.     To pay for my education, I have utilized Federal student aid programs, including Pell grants.

7.     I have/have not (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including: mortgage, car, child.

REDACTED

8.    If given the choice, I would choose to complete my **degree at Virginia** College, as opposed to stopping my education and receiving a **discharge of my** student loans.

9.    In    addition,    I    would    like    add    the    following: excited about becoming an OTA. This is life changing and I am so happy with my decision to attend Virginia College to obtain my degree.

10.    No one has promised or offered me anything in exchange for providing this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November ___|___, 2018



REDACTED

## DECLARATION OF _____

I, [REDACTED] , hereby declare and affirm the following:

1.    I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.    I am a current student at _Brightwood_ in _Riverside_ . __CA__ . (School, city, state)

3.    I am enrolled in the _Dental Assistant_ _____ program.

4.    Upon graduation, I will receive a _diploma_ _____

5.    I expect to complete my program in _Aug. 2018_ _____

6.    To pay for my education, I have utilized Federal student aid programs, including _FAFSA_ _____ .

7.    I have / have not (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including: __not__ [REDACTED] _____ .

REDACTED    04629098.1

8.    If given the choice, I would choose to complete my degree at Brightwood College, as opposed to stopping my education and receiving a discharge of my student loans.

9.    In    addition,    I    would    like    add    the    following:

Brightwood, It has been so much fun and I have learned so much in such a short amount of time.

10.    No one has promised or offered me anything in exchange for providing this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

REDACTED

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November ___|___ , 2018



[NAME]

## DECLARATION OF _____

I, ████████████████████ , hereby declare and affirm the following:

1.    I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.    I am a current student at *Brightwood* in *Riverside Ca* . (School, city, state)

3.    I am enrolled in the *Electrical Technician* program.

4.    Upon  graduation,  I  will  receive  a  *diploma*
_____

5.    I  expect  to  complete  my  program  in  *Electrical Tech*
_____

6.    To pay for my education, I have utilized Federal student aid programs, including *FAFSA , pell grant* _____

7.    I have/have not (Circle one that applies) received student aid in excess of  tuition  and  fees  to  offset  my  living  expenses,  including:
_____

8. If given the choice, I would choose to complete my degree at *Brightwood* College, as opposed to stopping my education and receiving a discharge of my student loans.

9. In addition, I would like add the following:

_____

_____

_____

_____

_____

10. No one has promised or offered me anything in exchange for providing this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November ___/___, 2018

[NA

04629098.1

REDACTED

## DECLARATION OF _____

I, _____ . hereby declare and affirm the following:

1.    I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.    I am a current student at _Bright Wood_ in _riverside_ , _CA_ . (School, city, state)

3.    I am enrolled in the _Massage Therapy_ program.

4.    Upon graduation, I will receive a _Diploma_ _____

5.    I expect to complete my program in _December_ _____

6.    To pay for my education, I have utilized Federal student aid programs, including _Loans_ _____ .

7.    I have/have not (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including: _____ .

04629098.1

8.    If given the choice, I would choose to complete my degree at
_Brightwood_ College, as opposed to stopping my education and receiving a
discharge of my student loans.

9.    In    addition,    I    would    like    add    the    following:
_the instructors are amazing and well informed on_
_what we will know to make it in the real world._

10.    No one has promised or offered me anything in exchange for providing
this statement, I give it freely and voluntarily.


[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November ___/___, 2018



[NAME]

REDACTED

## DECLARATION OF ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, hereby declare and affirm the following:

1.   I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.   I am a current student at _Brightwood_ in _Riverside_, _CA_. (School, city, state)

3.   I am enrolled in the _Dental Asst._ program.

4.   Upon graduation, I will receive a _Diploma_

5.   I expect to complete my program in _June 2019_

6.   To pay for my education, I have utilized Federal student aid programs, including _Grant & Pay fees_

7.   I have/have not (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including: _No I have Not_

8.    If given the choice, I would choose to complete my degree at

_Brightwood_ College, as opposed to stopping my education and receiving a

discharge of my student loans.

9.    In    addition,    I    would    like    add    the    following:

_____

_____

_____

_____

_____.

10.    No one has promised or offered me anything in exchange for providing

this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November ____|____, 2018



[NAME]

REDACTED

## DECLARATION OF _____

I, ▮▮▮▮▮▮▮▮▮▮▮ . hereby declare and affirm the following:

1. I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2. I am a current student at _BRIGHTWOOD_ in _RIVERSIDE_ , _CH_ . (School, city, state)

3. I am enrolled in the _ELECTRICAL TECHNICIAN_ program.

4. Upon graduation, I will receive a _DIPLOMA_ _____

5. I expect to complete my program in _Nov 6 2018_ .

6. To pay for my education, I have utilized Federal student aid programs, including _v H BENEFITS_ .

7. I have/**have not** (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including: _N/A_

8.   If given the choice, I would choose to complete my degree at BRIGHTWOOD College, as opposed to stopping my education and receiving a discharge of my student loans.

9.   In   addition,   I   would   like   add   the   following:

_My INSTRUCTOR WERE KNOWLEDGEABLE AND COURTEOUS_
_TO MY SITUHTION. THE ~~SCHOOL~~ STAFF of NEVER MADE ME_
_FEEL UNWINTED._

10.   No one has promised or offered me anything in exchange for providing this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November ___/___, 2018



[NAME]

REDACTED   04629098.1

## DECLARATION OF _____

I, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, hereby declare and affirm the following:

1.      I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.      I am a current student at _Brightwood_ in _Riverside California_ (School, city, state)

3.      I am enrolled in the _Medical Assisten_ program.

4.      Upon graduation, I will receive a _Medical Assistant_

5.      I expect to complete my program in _July 2019_.

6.      To pay for my education, I have utilized Federal student aid programs, including _Federal Aid_.

7.      I have/have not (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including: _no_.

REDACTED

8.    If given the choice, I would choose to complete my degree at Brightwood College, as opposed to stopping my education and receiving a discharge of my student loans.

9.    In    addition,    I    would    like    add    the    following:

I really like this college, the teachers are really nice and they really know how to teach.

10.    No one has promised or offered me anything in exchange for providing this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November ____1____, 2018



[NAME]

REDACTED

## DECLARATION OF _____

I, [REDACTED], hereby declare and affirm the following:

1.     I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.     I am a current student at Brightwood College in Riverside, California . (School, city, state)

3.     I am enrolled in the Medical Assistant program.

4.     Upon graduation, I will receive a Medical Assistant Diploma .

5.     I expect to complete my program in July 2019 .

6.     To pay for my education, I have utilized Federal student aid programs, including financial aid

7.     I have/have not (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including: scholarship .

04629098.1

REDACTED

8.    If given the choice, I would choose to complete my degree at Brightwood College, as opposed to stopping my education and receiving a discharge of my student loans.

9.    In    addition,    I    would    like    add    the    following: awesome staff. Experience is great

10.    No one has promised or offered me anything in exchange for providing this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November __1__, 2018



REDACTED

**DECLARATION OF** _____

I, ▇▇▇▇▇▇▇▇▇▇▇▇ , hereby declare and affirm the following:

1.    I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.    I am a current student at Brightwood in Riverside California . (School, city, state)

3.    I am enrolled in the Dental Assistant program.

4.    Upon graduation, I will receive a Diploma ~~02-19-2019~~ ▇▇ _____

5.    I expect to complete my program in 02-13-2019 ~~CASH~~ ▇▇

6.    To pay for my education, I have utilized Federal student aid programs, including CASH _____

7.    I have/have not (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including: N/A _____

REDACTED

04629098.1

8.   If given the choice, I would choose to complete my degree at
Brightwood_____ College, as opposed to stopping my education and receiving a
discharge of my student loans.

9.   In   addition,   I   would   like   add   the   following:
Brightwood College gives us the opportunity to
Continue improving ourselfs and Have an incredible
Staff helping me improve and learn

_____

_____

10.   No one has promised or offered me anything in exchange for providing
this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November __04__, 2018



## DECLARATION OF _____

I, [REDACTED] , hereby declare and affirm the following:

1.    I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.    I am a current student at _Bridewood_ in _Riverside_ . _CA_ . (School, city, state)

3.    I am enrolled in the _Electrical technician_ program.

4.    Upon graduation, I will receive a _Diploma_ ~~certificate~~ for _Electrical technician_ .

5.    I expect to complete my program in _03/14/19_ _____ .

6.    To pay for my education, I have utilized Federal student aid programs, including _loans and Grants_ .

7.    I have/have not (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including: _N/H_ .

8.    If given the choice, I would choose to complete my degree at
_Brisltwd_ College, as opposed to stopping my education and receiving a
discharge of my student loans.

9.    In    addition,    I    would    like    add    the    following:

I enjoyed attending my time here at
Brightwood, this has open maince doers
for me, I take this as an opptunity for
my carcer.

10.    No one has promised or offered me anything in exchange for providing
this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November ___21__, 2018



[NAME]

REDACTED

**DECLARATION OF** _____

I, _____ , hereby declare and affirm the following:

1.     I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.     I am a current student at _Brightwood_ in _Riverside_, college _California_. (School, city, state)

3.     I am enrolled in the _Medical Assistant_ _____ program.

4.     Upon   graduation,   I   will   receive   a   _diploma_ _Medical Assistant_ .

5.     I   expect   to   complete   my   program   in   _February 13, 2019_ .

6.     To pay for my education, I have utilized Federal student aid programs, including _Loans & grants_ .

7.     I have/have not (Circle one that applies) received student aid in excess of   tuition   and   fees   to   offset   my   living   expenses,   including: _N/A_ .

8.    If given the choice, I would choose to complete my degree at
_Brightwood_ College, as opposed to stopping my education and receiving a
discharge of my student loans.

9.    In    addition,    I    would    like    add    the    following:

My appreciation of the education & knowledge I
was given. —Thank you!

10.    No one has promised or offered me anything in exchange for providing
this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November _Ol_ , 2018

_____ ████████████ _____
[NAME]

## DECLARATION OF _____

I, _____, hereby declare and affirm the following:

1.   I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.   I am a current student at _Brightwood_ in _Riverside_ _____ . (School, city, state)

3.   I am enrolled in the _Medical Assisting_ program.

4.   Upon graduation, I will receive a _diploma and much needed training_

5.   I expect to complete my program in _02/Feb/19 (2019)_ _____ .

6.   To pay for my education, I have utilized Federal student aid programs, including _Financial Aid   FAFSA student loans_

7.   (I have)/have not (Circle one that applies) received student aid in excess of (tuition) and fees to offset my living expenses, including: _____ .

REDACTED

8.     If given the choice, I would choose to complete my degree at Brightwood College, as opposed to stopping my education and receiving a discharge of my student loans.

9.     In   addition,   I   would   like   add   the   following:

_I enjoy the smaller classes because
I feel as though I am not just
a number but a valuable student
to this program. I can get a
job quicker and have a valuable
trade under my belt._

10.     No one has promised or offered me anything in exchange for providing this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November __$\underline{1st}$__, 2018

_____

[NAME]

REDACTED

**DECLARATION OF** _____

I, ███████████████████ , hereby declare and affirm the following:

1.    I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.    I am a current student at _Brightwood_ in _Riverside,_ _California_. (School, city, state)

3.    I am enrolled in the _Medical assisting assisstant_ program.

4.    Upon graduation, I will receive a _M.A._ _Certificate_.

5.    I expect to complete my program in _March_ _2019_.

6.    To pay for my education, I have utilized Federal student aid programs, including _Fafsa, Student loans_.

7.    (I have/have not (Circle one that applies) received student aid in excess of   tuition   and   fees   to   offset   my   living   expenses,   including: _Pell grant_.

8.    If given the choice, I would choose to complete my degree at

MJC          College, as opposed to stopping my education and receiving a

discharge of my student loans.

9.    In    addition,    I    would    like    add    the    following:

the teachers and staff here at brightwood are
great and are always helping students however
they can I've learned so much in the time I've
been here and am excited to go att into the field when
I go to externship in January.                    .

10.    No one has promised or offered me anything in exchange for providing

this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November _____, 2018

[NAME]

## DECLARATION OF _____

I, ████████████████████ hereby declare and affirm the following:

1.  I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.  I am a current student at _Brightwood_ in _Riverside Colifornia_ (School, city, state)

3.  I am enrolled in the _Medical Assistant_ _____ program.

4.  Upon graduation, I will receive a _certificate_ _____ _____.

5.  I expect to complete my program in _Jan 15, 2019_ _____.

6.  To pay for my education, I have utilized Federal student aid programs, including _student loans_ _____.

7.  I have/have not (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including: _____.

8.    If given the choice, I would choose to complete my degree at
Brishtwood College, as opposed to stopping my education and receiving a
discharge of my student loans.

9.    In    addition,    I    would    like    add    the    following:

My  BrightWood  College  experience  has  been
amazing.  what  I  learned  in  school  will
help  for  the  future.

10.    No one has promised or offered me anything in exchange for providing
this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November _O |_ , 2018



## DECLARATION OF _____

I, ████████████████████ hereby declare and affirm the following:

1.  I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.  I am a current student at **Bright wood** in **Riverside, Ca** . (School, city, state)

3.  I am enrolled in the _____ 8/10/18 _____ program.

4.  Upon graduation, I will receive a **Diploma** _____ .

5.  I expect to complete my program in **May 2018** _____ .

6.  To pay for my education, I have utilized Federal student aid programs, including **loans** _____ .

7.  I have/have not (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including: _____ **loans -** _____ .

REDACTED

8.    If given the choice, I would choose to complete my degree at
___N|a___ College, as opposed to stopping my education and receiving a discharge of my student loans.

9.    In    addition,    I    would    like    add    the    following:
_Please  Do  Not  Close  the  School!!!_

10.    No one has promised or offered me anything in exchange for providing this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November __\\___, 2018

## DECLARATION OF _____

I, _____, hereby declare and affirm the following:

1.      I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.      I am a current student at ___Brightwood___ in ___Riverside___, ___CA___. (School, city, state)

3.      I am enrolled in the _____medical assistant_____ program.

4.      Upon   graduation,   I   will   receive   a   _____ _____MA diploma_____.

5.      I   expect   to   complete · my   program   in   _____ _____May 2018_____.

6.      To pay for my education, I have utilized Federal student aid programs, including _____loans_____.

7.      I have/have not (Circle one that applies) received student aid in excess of   tuition   and   fees   to   offset   my   living   expenses,   including:
_____.

REDACTED

8.     If given the choice, I would choose to complete my degree at ___Brightwood___ College, as opposed to stopping my education and receiving a discharge of my student loans.

9.     In     addition,     I     would     like     add     the     following: ___I'm receiving a great education here_____

_____

_____

_____

_____.

10.    No one has promised or offered me anything in exchange for providing this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November _____, 2018



[NAME]

REDACTED

<u>**DECLARATION OF**</u> _____

██████████ _____, hereby declare and affirm the following:

1.     I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.     I am a current student at _Brightwood_ in _Riverside_, _CA_. (School, city, state)

3.     I am enrolled in the _Medical Assistant_ program.

4.     Upon graduation, I will receive a ~~Diploma~~ ██████ _Certificate_.

5.     I expect to complete my program in _____ _January 15, 2019_.

6.     To pay for my education, I have utilized Federal student aid programs, including _VA Benefits_.

7.     ⟨I have/have not (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including:

_____.

REDACTED

8.     If given the choice, I would choose to complete my degree at _Brightwood_ College, as opposed to stopping my education and receiving a discharge of my student loans.

9.     In     addition,     I     would     like     add     the     following:

My education here in Brightwood College has been a great experience. I have learned a lot & I am excited to pursue a career in the medical field thanks to Brightwood College.

10.     No one has promised or offered me anything in exchange for providing this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November __01__ , 2018



[NAME]

REDACTED

## DECLARATION OF _____

I, ██████████████████, hereby declare and affirm the following:

1.      I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.      I am a current student at ⎵⎵Brightwood⎵⎵ in ⎵⎵Riverside⎵⎵, California . (School, city, state)

3.      I am enrolled in the _____ † _____ program.

4.      Upon    graduation,    I    will    receive    a    _____  _____ _____ _____ .

5.      I    expect    to    complete    my    program    in    _____ _____ .

6.      To pay for my education, I have utilized Federal student aid programs, including _____ .

7.      I have/have not (Circle one that applies) received student aid in excess of    tuition    and    fees    to    offset    my    living    expenses,    including: ⎵⎵books⎵⎵ _____ .

8.    If given the choice, I would choose to complete my degree at
_____ College, as opposed to stopping my education and receiving a
discharge of my student loans.

9.    In    addition,    I    would    like    add    the    following:

_____

_____

_____

_____

_____

10.    No one has promised or offered me anything in exchange for providing
this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November _____, 2018

[NAME]

REDACTED

## DECLARATION OF

I, _____, hereby declare and affirm the following:

1.     I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.     I am a current student at _Brightwood_ in _Riverside,_ _CA_ . (School, city, state)

3.     I am enrolled in the _Medical Assisting Program_ program.

4.     Upon graduation, I will receive a _new job and my certificate_ .

5.     I expect to complete my program in _January 15, 2019_ .

6.     To pay for my education, I have utilized Federal student aid programs, including _loans_ .

7.     I have/have not (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including:

_____ .

REDACTED

8.   If given the choice, I would choose to complete my degree at Brightwood College, as opposed to stopping my education and receiving a discharge of my student loans.

9.   In   addition,   I   would   like   add   the   following:

I have enjoyed my learning experiences at this school and I've learned a vast amount of subjects and materials. my hands on education has made me confident to excel in my future job as a medical assistant.

10.   No one has promised or offered me anything in exchange for providing this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

REDACTED

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November ____, 2018

REDACTED

**DECLARATION OF** ███████████

I, ████████████████, hereby declare and affirm the following:

1.     I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.     I am a current student at Virginia College in Savannah, GA GA . (School, city, state)

3.     I am enrolled in the Pharmacy Technician program.

4.     Upon graduation, I will receive a Certificate of Completion .

5.     I expect to complete my program in February 2019 .

6.     To pay for my education, I have utilized Federal student aid programs, including PELL Grant, and subsidized loans .

7.     I have / have not (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including: n/a .

REDACTED

04629098.1

8.    If given the choice, I would choose to complete my degree at Virginia

College, as opposed to stopping my education and receiving a discharge of my

student loans.

9.    In    addition,    I    would    like    add    the    following:

Virginia College has been great for me! I could not
imagine achieving this much and it all be stripped
away. The dedication and sacrifice it requires to
begin a program and not be able to complete would
be in vain. This is one of the only programs I have
been highly motivated by to strengthen my ~~corre~~ career skills.

10.    No one has promised or offered me anything in exchange for providing

this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November ____, 2018

[NAME]

REDACTED

## DECLARATION OF _____

I, ██████████████████ , hereby declare and affirm the following:

1.      I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.      I am a current student at _Virginia College_ in _Savannah, Georgia_ . (School, city, state)

3.      I am enrolled in the _Massage Therapy_ program.

4.      Upon graduation, I will receive a _Certificat_ ~~; Dis~~ _Licensure_ .

5.      I expect to complete my program in _December 2018_ .

6.      To pay for my education, I have utilized Federal student aid programs, including _Subsidized, Unsubsidized Loans_ .

7.      I have have not (Circle one that applies) received student aid in excess of   tuition   and   fees   to   offset   my   living   expenses,   including:

_____.

REDACTED

04629098.1

8.    If given the choice, I would choose to complete my degree at

_Virginia_ College, as opposed to stopping my education and receiving a

discharge of my student loans.

9.    In    addition,    I    would    like    add    the    following:

The program designed at Virginia College is so well-rounded
i indepth that other local & state schools fall short of our
airiculum. The teachers *~~mare~~ here* all bring forth a different approach
~~not~~ to my field of study that only enhances, benefits my
learning experience.

10.    No one has promised or offered me anything in exchange for providing

this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November ____, 2018



REDACTED

## DECLARATION OF _____

I, ████████████████████, hereby declare and affirm the following:

1.    I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.    I am a current student at Virginia College in Spartanburg, South Carolina. (School, city, state)

3.    I am enrolled in the _____ program.

4.    Upon graduation, I will receive a Certificate in Business Administration.

5.    I expect to complete my program in February 2019 _____.

6.    To pay for my education, I have utilized Federal student aid programs, including Pell Grants, Direct Subsidized and Unsubsidized Loans.

7.    (I have/have not (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including: the gas expense to get back and forth to school.

8.      If given the choice, I would choose to complete my degree at

Virginia College, as opposed to stopping my education and receiving a

discharge of my student loans.

9.      In     addition,     I     would     like     add     the     following:

I have spent time, changed jobs, and gave up
time with my kids to come to school. I have
tried traditional school and didnt enjoy my
time their. Being a student at Virginia College
has been amazing and I truly feel that my time here is
well spent.

10.      No one has promised or offered me anything in exchange for providing

this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November _____, 2018

**DECLARATION OF** _____

I, [REDACTED], hereby declare and affirm the following:

1.   I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.   I am a current student at Virginia College in Spartanburg, SC . (School, city, state)

3.   I am enrolled in the   Medical Assignment   program.

4.   Upon graduation, I will receive a   Certificate in Medical Assisting   .

5.   I expect to complete my program in   February 2019   .

6.   To pay for my education, I have utilized Federal student aid programs, including   loans and grants   .

7.   I (have) have not (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including:   loans   .

04629098.1

REDACTED

8.     If given the choice, I would choose to complete my degree at

__Virginia__   College, as opposed to stopping my education and receiving a

discharge of my student loans.

9.     In     addition,     I     would     like     add     the     following:

I've been striving and pushing to accomplish my goals
to pursue my passion in the medical field I only have
one class and my externship, I just want to graduate. I've
went through an uphill battle, along with others to get to
this point. This school has pushed and motivated me to my
potential and I'm proud of the education and skills I've acquired.

10.     No one has promised or offered me anything in exchange for providing

this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November ___1___, 2018



[NAME

REDACTED   04629098.1

## DECLARATION OF _____

I, ██████████████████ , hereby declare and affirm the following:

1.    I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.    I am a current student at Virginia College in Spartanburg South Carolina (School, city, state)

3.    I am enrolled in the Medical Assisting program.

4.    Upon graduation, I will receive a Diploma Certificate.

5.    I expect to complete my program in _____ May 2019 .

6.    To pay for my education, I have utilized Federal student aid programs, including Student loans .

7.    I have/have not (Circle one that applies) received student aid in excess of   tuition   and   fees   to   offset   my   living   expenses,   including:

_____

8.     If given the choice, I would choose to complete my degree at Virginia College, as opposed to stopping my education and receiving a discharge of my student loans.

9.     In    addition,    I    would    like    add    the    following:

As a dedicated & hardworking student plus mother I agree it should close on June 1, 2019 not before.

_____

_____.

10.    No one has promised or offered me anything in exchange for providing this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: ~~October~~ ____, 2018
       November 1, 2018



[NAME]

REDACTED

**DECLARATION OF** _____

I, ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ , hereby declare and affirm the following:

1.      I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.      I am a current student at Virginia College in Spartanburg, SC . (School, city, state)

3.      I am enrolled in the Medical Assistant program.

4.      Upon graduation, I will receive a Certificate _____

5.      I expect to complete my program in May 2019

6.      To pay for my education, I have utilized Federal student aid programs, including Loans and grants .

7.      I have/have not (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including: _____

8.    If given the choice, I would choose to complete my degree at

Virginia    College, as opposed to stopping my education and receiving a

discharge of my student loans.

9.    In    addition,    I    would    like    add    the    following:

I drive 45 minutes to class as it is so it is
not in my better interest to close the school
early and I have to drive over an hour
for my education.

_____.

10.    No one has promised or offered me anything in exchange for providing

this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November ____, 2018



[NAME]

3

REDACTED

## DECLARATION OF

I, _____, hereby declare and affirm the following:

1.    I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.    I am a current student at Virginia College in Spartanburg, S.C. . (School, city, state)

3.    I am enrolled in the Pharmacy Technician program.

4.    Upon graduation, I will receive a Certificate

5.    I expect to complete my program in March 2019 .

6.    To pay for my education, I have utilized Federal student aid programs, including Pell Grant and Federal Loans .

7.    I have (have not) (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including:

8.      If given the choice, I would choose to complete my degree at Virginia College, as opposed to stopping my education and receiving a discharge of my student loans.

9.      In    addition,    I    would    like    add    the    following:

_____

_____

_____

_____

_____.

10.     No one has promised or offered me anything in exchange for providing this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October _31_, 2018

04629098.1

REDACTED

## DECLARATION OF ████████████

I, ████████████████████████ ereby declare and affirm the following:

1.    I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.    I am a current student at Virginia College in Spartaburg S.C. . (School, city, state)

3.    I am enrolled in the  IT program.

4.    Upon graduation, I will receive a certificate

5.    I expect to complete my program in January 2019

6.    To pay for my education, I have utilized Federal student aid programs, including Pell Grant, and Direct Loan, and also payments from my pocket.

7.    I have/have not (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including:

8.   If given the choice, I would choose to complete my degree at

Virginia College, as opposed to stopping my education and receiving a

discharge of my student loans.

9.   In   addition,   I   would   like   add   the   following:

I am 50 yrs. old and I have thought for many
years that I would end up at Waffle House for the
rest of my working years, but since I started this
process, I am positive that I will end up with a
job in the IT field. I thank my instructors and
Dr. Brooks for helping me and pushing me to do my best

10.   No one has promised or offered me anything in exchange for providing

this statement, I give it freely and voluntarily.


[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November __|___, 2018



[NAME]

REDACTED

## DECLARATION OF _____

I, ████████████ , hereby declare and affirm the following:

1.   I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.   I am a current student at Virginia College in Spartanburg, SC . (School, city, state)

3.   I am enrolled in the Medical Assisting program.

4.   Upon graduation, I will receive a Certificate in Medical Assisting .

5.   I expect to complete my program in May 2019 .

6.   To pay for my education, I have utilized Federal student aid programs, including Pell Grant and Student Loans .

7.   I have/have not (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including:

_____ .

8.    If given the choice, I would choose to complete my degree at

Virginia_____ College, as opposed to stopping my education and receiving a

discharge of my student loans.

9.    In    addition,    I    would    like    add    the    following:

this is a great school and the only difference
in us and traditional schools is that we skip
the unnecessary pre-requisites that are required
in traditional schools.

_____.

10.    No one has promised or offered me anything in exchange for providing

this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

2

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November ____, 2018



REDACTED