# EXHIBIT 7

## Student Declarations

## DECLARATION OF _____

I ███████████████ , hereby declare and affirm the following:

1.    I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.    I am a current student at Virginia College in Spartanburg, South Carolina (School, city, state)

3.    I am enrolled in the Certified Medical Assistant program.

4.    Upon graduation, I will receive a Diploma/Certification.

5.    I expect to complete my program in May of 2019 _____.

6.    To pay for my education, I have utilized Federal student aid programs, including FAFSA _____.

7.    I have/have not (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including: _____.

8.    If given the choice, I would choose to complete my degree at Virginia College, as opposed to stopping my education and receiving a discharge of my student loans.

9.    In addition, I would like add the following:

I am receiving a wonderful education, that is affordable and within a timely manner

10.    No one has promised or offered me anything in exchange for providing this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November __1__, 2018

REDACTED

**DECLARATION OF** _____

I ███████████████████████, hereby declare and affirm the following:

1.      I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.      I am a current student at Virginia College in Spartanburg, SC . (School, city, state)

3.      I am enrolled in the Medical Assistant program.

4.      Upon graduation, I will receive a Medical Assistant Certificate .

5.      I expect to complete my program in January 2019 .

6.      To pay for my education, I have utilized Federal student aid programs, including Pell grants, student loans .

7.      I have/have not (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including:

_____ .

8. If given the choice, I would choose to complete my degree at Virginia College, as opposed to stopping my education and receiving a discharge of my student loans.

9. In addition, I would like add the following:

I am almost done with my degree, I am 2 months from finishing. The school is a great school and great services to offer to the students.

10. No one has promised or offered me anything in exchange for providing this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

04629098.1                                    2

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November ___St___, 2018



REDACTED

## DECLARATION OF _____

I, ████████████████████, hereby declare and affirm the following:

1.    I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.    I am a current student at <u>Virgina College</u> in <u>Spartanburg SC</u>. (School, city, state)

3.    I am enrolled in the <u>medical assistant</u> program.

4.    Upon graduation, I will receive a <u>medical assistant certificate</u>.

5.    I expect to complete my program in <u>December of 2018</u>.

6.    To pay for my education, I have utilized Federal student aid programs, including <u>Pell Grants and Student Loans</u>.

7.    I have/have not (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including:

_____.

8.    If given the choice, I would choose to complete my degree at
Virgina College, as opposed to stopping my education and receiving a
discharge of my student loans.

9.    In   addition,   I   would   like   add   the   following:
I only have 100 hours of extern and I will
recieve my certificate.

_____

_____

_____.

10.    No one has promised or offered me anything in exchange for providing
this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November ___1___, 2018



REDACTED

## DECLARATION OF

I, _____ hereby declare and affirm the following:

1.    I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.    I am a current student at Virginia College in Spartanburg SC . (School, city, state)

3.    I am enrolled in the Medical billing and Coding program.

4.    Upon graduation, I will receive a Medical billing and coding certificate

5.    I expect to complete my program in April 2019 .

6.    To pay for my education, I have utilized Federal student aid programs, including Pell grant , Student loans, self pay

7.    I have/have not (circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including:

_____ .

8.     If given the choice, I would choose to complete my degree at Virginia College, as opposed to stopping my education and receiving a discharge of my student loans.

9.     In   addition,   I   would   like   add   the   following: We as students, have sacrificed time and pay to come here to get our education and better ourselves. I want to finish out the program.

10.     No one has promised or offered me anything in exchange for providing this statement, I give it freely and voluntarily.


[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November ___1___, 2018



## DECLARATION OF _____

I, _____, hereby declare and affirm the following:

1.    I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.    I am a current student at _VIRIGINA COLLEG_ in _SPARTANBURG_ _SC_ . (School, city, state)

3.    I am enrolled in the _BILLING / CODING_ program.

4.    Upon graduation, I will receive a _____ _CERTIFIED BILLER_ .

5.    I expect to complete my program in _____ _December 2018_ .

6.    To pay for my education, I have utilized Federal student aid programs, including _Chapter 31, PELL GRANTS_ .

7.    I (have)/have not (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including: _STIPENDS_ .

8.     If given the choice, I would choose to complete my degree at
~~Virgina~~ College, as opposed to stopping my education and receiving a discharge of my student loans.

9.     In    addition,   I    would    like    add    the    following:

I AM A DISABLED VET. AND TAKING SCHOOL TO RE-ENTER JOB MARKET.

10.    No one has promised or offered me anything in exchange for providing this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

04629098.1                                      2

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November ____/____, 2018

[NAM

REDACTED

## DECLARATION OF _____

I, _____, hereby declare and affirm the following:

1.      I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.      I am a current student at Virginia College in Spartanburg, SC. . (School, city, state)

3.      I am enrolled in the associate's / Business Administration program.

4.      Upon graduation, I will receive a associate's degree .

5.      I expect to complete my program in March 2019 _____.

6.      To pay for my education, I have utilized Federal student aid programs, including FASFA, South Carolina Education Lottery, Pell Grants

7.      I have (have/have not) (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including: Stipends .

8.    If given the choice, I would choose to complete my degree at

Virginia _____ College, as opposed to stopping my education and receiving a

discharge of my student loans.

9.    In    addition,    I    would    like    add    the    following:

Virginia College has opened up a whole new
world for me. I have learned more about
the world of business that I have never known.
I appreciate this great school.

_____.

10.    No one has promised or offered me anything in exchange for providing

this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November ___/___, 2018



[NAME]

REDACTED

## DECLARATION OF _____

I, ████████████_____, hereby declare and affirm the following:

1.      I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.      I am a current student at _Brightwood College_ in _Vista_ _____, _California_ . (School, city, state)

3.      I am enrolled in the _Medical Assistant_ _____ program.

4.      Upon graduation, I will receive a _diploma_ _____ _____.

5.      I expect to complete my program in _February_ _____ _2019_ _____.

6.      To pay for my education, I have utilized Federal student aid programs, including _loans and grants_ _____.

7.      I have/(have not) (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including: _____.

04629098.1

REDACTED

8.      If given the choice, I would choose to complete my degree at
Brightwood College, as opposed to stopping my education and receiving a
discharge of my student loans.

9.      In    addition,    I    would    like    add    the    following:
I have worked so hard and put so much time into
receiving my diploma I would be very upset if all
that work would go unnoticed

_____

_____ .

10.     No one has promised or offered me anything in exchange for providing
this statement, I give it freely and voluntarily.


[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 1st , 2018



REDACTED

**DECLARATION OF** _____

I ████████████████████, hereby declare and affirm the following:

1.     I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.     I am a current student at _Brightwood_ in _Vista_, _California_ . (School, city, state)

3.     I am enrolled in the _Medical Assistant_ program.

4.     Upon graduation, I will receive a _Diploma Medical Assistant_ .

5.     I expect to complete my program in _May 2019_ .

6.     To pay for my education, I have utilized Federal student aid programs, including _Loans, Scholarship through School_ .

7.     I have / have not (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including: _NONE_

REDACTED

8.     If given the choice, I would choose to complete my degree at Brightwood College, as opposed to stopping my education and receiving a discharge of my student loans.

9.     In     addition,     I     would     like     add     the     following:

if this process happens and I recieve my money back that won't make up for the time and energy I have invested into my education. If stopped I don't think I would start again in another shool therefore it is a waste effend.

10.     No one has promised or offered me anything in exchange for providing this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November \_\_\_\_, 2018



04629098.1                                      3

REDACTED

## DECLARATION OF █████████

I, ███████████████████████, hereby declare and affirm the following:

1.     I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.     I am a current student at Brightwood College in _Vista_, _California_. (School, city, state)

3.     I am enrolled in the _Medical Assistant_ program.

4.     Upon graduation, I will receive a _diploma_ _____.

5.     I expect to complete my program in _February 2019_.

6.     To pay for my education, I have utilized Federal student aid programs, including _loans and grants_.

7.     I have / have not (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including:

_____.

04629098.1

REDACTED

8.    If given the choice, I would choose to complete my degree at Brightwood College, as opposed to stopping my education and receiving a discharge of my student loans.

9.    In    addition,    I    would    like    add    the    following:

It would be awful to work that hard for your degree then be stripped from it. It's a waste of your time.

10.    No one has promised or offered me anything in exchange for providing this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

04629098.1

2

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November __1ˢᵗ__, 2018



REDACTED

## DECLARATION OF _____

I, ████████████████ _____, hereby declare and affirm the following:

1.    I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.    I am a current student at _Brightwood_ in _vista_, _CA_ . (School, city, state)

3.    I am enrolled in the _Medical Assistant_ program.

4.    Upon graduation, I will receive a _diploma_ _____.

5.    I expect to complete my program in _february 2019_ .

6.    To pay for my education, I have utilized Federal student aid programs, including _loans and grants_ .

7.    I have/have not (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including: _have not_ .

04629098.1

REDACTED

8.    If given the choice, I would choose to complete my degree at
Brightwood College, as opposed to stopping my education and receiving a
discharge of my student loans.

9.    In    addition,    I    would    like    add    the    following:
All the work and effort would be for nothing.
When someone starts school they have a
goal and if that goal is not achieved,
they ~~believe~~ can become discouraged.

10.    No one has promised or offered me anything in exchange for providing
this statement, I give it freely and voluntarily.


[Reminder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November ___I___, 2018



[NAME]

REDACTED

**DECLARATION OF** ███████████████

I, ███████████████ , hereby declare and affirm the following:

1.    I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.    I am a current student at Virginia College in Austin, Texas . (School, city, state)

3.    I am enrolled in the Respiratory Care program.

4.    Upon graduation, I will receive a Associate of Science in Respiratory Care .

5.    I expect to complete my program in June 2019 .

6.    To pay for my education, I have utilized Federal student aid programs, including Grants and loans. .

7.    I have/have not (Circle one that applies) received student aid in excess of tuition and fees to offset my living expenses, including: .

8. If given the choice, I would choose to complete my degree at
Virginia College, as opposed to stopping my education and receiving a
discharge of my student loans.

9. In addition, I would like add the following:

Not only has Virginia College opened so many doors for me, it helped me find my passion. As a non-traditional student, Virginia College has made achieving a college education attainable. I honestly don't know what I would do if I couldn't finish my program here. I don't have the time, money, or stamina to restart a program somewhere else. Stopping my education here would be detrimental to my future. I have sacrificed so much to be here, and ending my program before graduation would be heartbreaking.

10. No one has promised or offered me anything in exchange for providing

this statement, I give it freely and voluntarily.

[Reminder of page intentionally left blank]

REDACTED    04629098.1

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November _____, 2018