IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| VC MACON GA LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 5:18-cv-00388-TES |
| VIRGINIA COLLEGE LLC and ) | |
| EDUCATION CORPORATION OF ) | |
| AMERICA, ) | |
| ) | |
| Defendants. ) | |

**JOINDER OF CMS EDU II SPARTANBURG, L.P. AND CMS EDU II HUNTSVILLE, L.P. IN THE: (1) MOTION OF NATIONAL RETAIL PROPERTIES, LP, VALLEY PLAZA MALL, LP, CHULA VISTA CENTER, LLC, AND PIERRE BOSSIER ANCHOR ACQUISITION, LLC TO VACATE THE INJUNCTION AND RECEIVERSHIP ORDER OR, IN THE ALTERNATIVE, TO MODIFY THE SCOPE OF THE RECEIVERSHIP ORDER AND INJUNCTION; AND (2) MOTION OF THIRD PARTIES THOMAS D. GORDON AND THOMAS P. GALLAGHER, AS CO-TRUSTEES FOR THE DON LEVIN TRUST DATED AUGUST 30, 1991, AS AMENDED, TO VACATE PRELIMINARY INJUNCTION AND RECEIVERSHIP ORDER**

CMS EDU II Spartanburg, L.P. ("CMS Spartanburg") and CMS EDU II Huntsville, L.P. ("CMS Huntsville") (collectively, the "CMS Landlords") hereby join in: (1) the Motion to Vacate the Injunction and Receivership Order, or, in the alternative, to Modify the Scope of the Receivership Order and Injunction (Dkt No. 45); and (2) the Motion to Vacate Preliminary Injunction and Receivership Order (Dkt. No. 62) (collectively, the "Motions to Vacate"). The CMS Landlords are similarly situated to the parties that filed the Motions to Vacate and their rights and interests have likewise been adversely impacted by the Court's November 14, 2018 Order (the "Order") (Dkt. No.

26). For the reasons set forth herein and in the Motions to Vacate, which are incorporated herein, the CMS Landlords respectfully request the Court vacate the Order.

## STATEMENT OF FACTS

The CMS Landlords have out-of-state leases with tenant Virginia College LLC ("Virginia College") and guarantor Education Corporation of America ("ECA") (collectively, the "Defendants"). The Defendants are in default under both leases.

On September 20, 2018, CMS EDU II Spartanburg, L.P. filed a complaint in the Circuit Court of Spartanburg County, South Carolina against Virginia College and ECA, Civil Action Number 2018-CP-3268 (the "Spartanburg Lawsuit"). In the Spartanburg Lawsuit, CMS Spartanburg seeks unpaid rent and accelerated rent from the Defendants. The Spartanburg Lawsuit remains pending in state court, but has been stayed subject to this Court's Order.

On October 10, 2018, CMS Huntsville filed a complaint in the Circuit Court of Madison County, Alabama against Virginia College and ECA, Civil Action Number 47-CV-2018-901955 (the "Huntsville Lawsuit"). CMS Huntsville's complaint includes two counts: (1) breach of contract against Virginia College related to a commercial lease ("Lease"); and (2) breach of contract against ECA concerning a guaranty related to the Lease from ECA in favor of CMS Huntsville. The CMS Huntsville Lawsuit was filed after CMS Huntsville terminated the Lease when Virginia College and ECA failed to pay rent for three months. The Huntsville Lawsuit remains pending in state court, but has been stayed subject to this Court's Order.

The CMS Landlords hereby incorporate the recitation of facts in the Motions to Vacate concerning: the Defendants default under numerous leases across the county; the Northern District of Alabama case and disposition thereof (*Education Corporation of America, et al. v. United States Department of Education, et al.*, N.D. Ala. No. 18-cv-01698-AKK); the appointment of the Receiver and entry of injunction in the instant case.

## ARGUMENTS

The CMS Landlords hereby join in and incorporate the arguments set forth in the Motions to Vacate, including, but not limited to: (1) this Court lacks jurisdiction in this matter as to the CMS Landlords; (2) this Court lacked the authority to appoint a receiver; and (3) the injunction should not apply to the CMS Landlords and their respective state court cases.

## CONCLUSION

WHEREFORE, for the aforementioned reasons, which are set forth in greater detail in the Motions to Vacate and incorporated herein, the CMS Landlords respectfully request that this Court enter an Order granting either or both Motions to Vacate, thereby vacating the receivership order and injunction as they relate to the CMS Landlords.

Dated this 7th day of December, 2018.

[SIGNATURES ON THE FOLLOWING PAGE]

Respectfully submitted,

*s/ Michael J. Thomerson*
Allison H. Rogers (*pro hac vice* admission forthcoming)
Michael J. Thomerson (GA Bar 706999)
THOMERSON FREEMAN & ROGERS P.C.
Post Office Box 473
Greenville, South Carolina 29602
Telephone Number:  (864) 991-8329
Facsimile Number:  (864) 991-8830
Email:  allison@tmlawpc.com
          michael@tmlawpc.com
**Attorneys for CMS Edu II Spartanburg, L.P.**


*s/ Tracey A. Marion*
Lauren A. Smith (*pro hac vice* admission forthcoming)
Tracy A. Marion (GA Bar No. 957606)
LANIER FORD SHAVER & PAYNE P.C.
Post Office Box 2087
Huntsville, Alabama  35804
Telephone Number:  (256) 535-1100
Facsimile Number:  (256) 533-9322
Email:  las@lanierford.com
          tam@lanierford.com
**Attorneys for CMS Edu II Huntsville, L.P.**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| VC MACON GA LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| VIRGINIA COLLEGE LLC and EDUCATION CORPORATION OF AMERICA, | ) ) ) ) ) |
| Defendants. | ) |

Civil Action No. 18-cv-00388-TES

## CERTIFICATE OF SERVICE

I hereby certify that the following parties have been served with the Entry of Appearance. Those not served by electronic means by the Court's electronic filing system have been served via first class U.S. Mail, proper postage prepaid:

Jon A. Gottlieb
jong@lawfg.com
*Counsel to VC MACON GA, LLC*

J. Leland Murphree
Ollie A. Cleveland, III
Stuart M. Brown
Jay Clifford Traynham
Walker S. Stewart
Alexander B. Feinberg
lmurphree@maynardcooper.com
tcleveland@maynardcooper.com
stuart.brown@dlapiper.com
jaytraynham@hbgm.com
walkerstewart@hbgm.com
afeinberg@maynardcooper.com
*Counsel to Virginia College, LLC and Education Corporation of America*

Christopher R. Conley
James F. Banter
John Flanders Kennedy
cconley@jamesbatesllp.com
jbanter@jamesbatesllp.com

Eric J. Lorenzini
Angela M. Butcher
elorenzini@elkinskalt.com
abutcher@slkinskalt.com
*Counsel to Thomas D. Gordon and Thomas*

5

jkennedy@jbpslaw.com
*Counsel to John Flanders Kennedy, Receiver*

Joshua H. Threadcraft
Joe A. Joseph
Cater C. Thompson
Joshua.Threadcraft@burr.com
jjoseph@burr.com
cater.thompson@jonescork.com
*Counsel to Kaplan, Inc. and Kaplan Higher Education, LLC*

John T. McGoldrick
Stuart E. Walker
jtmcgoldrick@martinsnow.com
sewalker@martinsnow.com
*Counsel to National Retail Properties, LP, Valley Plaza Mall, LP, Chula Vista Center, LLC, and Pierre Bossier Anchor Acquisition, LLC*

Frank W. DeBorde
Lisa Wolgast
fdeborde@mmmlaw.com
lwolgast@mmmlaw.com
*Counsel to Southern Plaza, LLC*

Bret P. Shaffer
bshaffer@ssbc-law.com
*Counsel to Lebo Realty, L.P. and Electra Realty Company, Inc.*

James S. Carr
Robert L. LeHane
Neil Merkl
Randall L. Morrison, Jr.
jcarr@kelleydrye.com
rlehane@kelleydrye.com
nmerkl@kelleydrye.com
rmorrison@kelleydrye.com

*P. Gallagher, as Co-Trustees of the Don Levin Trust Dated August 30, 1991 as Amended*

Chesley S. McLeod
Howard C. Rubin
chesley.mcleod@agg.com
hrubin@kesslercollins.com
*Counsel to Federal Realty Investment Trust, Pioneer Industrial, LLC, and Pioneer Parking Lot, LLC*

Gregory K. Smith
gsmith@sgrlaw.com
*Counsel to LBA BALBOA, LLC, LBA FUND IV, LLC, DAVID C. THOMAS and TINA R. THOMAS, as Trustees of The Thomas Family Trust dated June 9, 1997*

Patrick L. Lowther
Bonnie Y. Hochman Rothell
Frederick H. Schutt
plowther@mmmlaw.com
bhrothell@mmmlaw.com
fschutt@mmmlaw.com
*Counsel to Las Vegas Associates, LLLP*

Ivy N. Cadle
icadle@bakerdonelson.com
Counsel to Monroe Capital Management Advisors, LLC

Beth A. Moeller
bmoeller@moellerbarbaree.com
*Counsel to FoamZone, LLC, American Auto Wash, LLC, and American Auto Wash Express, LLC*

6

*Counsel to Valley Plaza Mall, LP, Chula Vista Center, LLC, and Pierre Bossier Anchor Acquisition, LLC*

Brenda T. Cubbage
bcubbage@cbsattorneys.com
*Counsel to Kennington Valley View LLC*

Lex M. Erwin
lerwin@ebcmlaw.com
*Counsel to R&W Rentals, LLC*

William A. DuPré, IV
Ryan Kurtz
Laura K. DiBiase
Bill.DuPre@millermartin.com
Ryan.Kurtz@millermartin.com
Laura.DiBiase@millermartin.com
*Counsel to CKS-VCC, LLC*

This 7th day of December, 2018.

*/s/ Michael J. Thomerson*
Michael J. Thomerson
Thomerson Freeman & Rogers P.C.
607 Pendleton Street, Suite 202
Greenville, South Carolina 29601
T: 864-991-8329
F: 864-991-8330
E: mthomerson@tmlawpc.com
*Attorney for CMS EDU II Spartanburg, L.P.*