IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| VC MACON GA, LLC, | : |
|     Plaintiff, | : |
| v. | :   Case No. 18-CV-388-TES |
| VIRGINIA COLLEGE, LLC, and EDUCATION CORPORATION OF AMERICA, | : |
|     Defendants. | : |

_____

## NOTICE OF APPEAL
_____

In accordance with 28 U.S.C. § 1292(a)(1) and (a)(2) and the requirements of Federal Rules of Appellate Procedure 3 and 4(a)(1)(A), National Retail Properties, LP, Pierre Bossier Anchor Acquisition, LLC, Chula Vista Center, LP, and Valley Plaza Mall, LP ("Landlords")—each of which is an interested party aggrieved by the order appealed from, and each of which was permitted to intervene in this lawsuit with full rights to participate as a party to the lawsuit (ECF Doc. 31)—hereby give timely notice of their appeal to the United States Court of Appeals for the Eleventh Circuit from the interlocutory order entered on November 14, 2018, by the United States District Court for the Middle District of

Georgia (ECF Doc. 26), which order appointed a receiver over the assets and business affairs of Defendants Education Corporation of America and Virginia College, LLC and over the assets and business affairs of non-party New England College of Business and Finance, LLC and granted nationwide injunctive relief against Landlords and numerous other aggrieved intervenor-parties.

December 13, 2018

Respectfully submitted,

/s/ James S. Carr
JAMES S. CARR*

**KELLEY DRYE & WARREN LLP**
101 Park Avenue
New York, New York 10178
jcarr@kelleydrye.com
rlehane@kelleydrye.com
nmerkl@kelleydrye.com
rmorrison@kelleydrye.com

/s/ Robert L. LeHane
ROBERT L. LEHANE*

/s/ Neil Merkl
NEIL MERKL*

/s/ Randall L. Morrison, Jr.
RANDALL L. MORRISON, JR*

*Pro Hac Vice Petitions Pending

/s/ John T. McGoldrick, Jr.
JOHN T. MCGOLDRICK, JR.
Georgia Bar No. 492650

**MARTIN SNOW, LLP**
240 Third Street
Macon, Georgia 31201
jtmcgoldrick@martinsnow.com
sewalker@martinsnow.com

/s/ Stuart E. Walker
STUART E. WALKER
Georgia Bar No. 141620

Counsel to National Retail Properties, LP, Valley Plaza Mall, LP, Chula Vista

Center, LLC, and Pierre Bossier
Anchor Acquisition, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| VC MACON GA, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 18-CV-388-TES |
| | : | |
| VIRGINIA COLLEGE, LLC, and | : | |
| EDUCATION CORPORATION OF | : | |
| AMERICA, | : | |
| | : | |
| Defendants. | : | |

_____

## CERTIFICATE OF SERVICE
_____

I certify that I have this day electronically filed the foregoing **Notice of Appeal** with the Court's CM/ECF system, which will effect electronic service on the following:

ALEXANDER B. FEINBERG
afeinberg@maynardcooper.com

HOWARD C. RUBIN
hrubin@kesslercollins.com

J. LELAND MURPHREE
lmurphree@maynardcooper.com

IVY NEAL CADLE
icadle@bakerdonelson.com

BRENDA T. CUBBAGE
bcubbage@cbsattorneys.com

JAY CLIFFORD TRAYNHAM
jaytraynham@hbgm.com

BRET PATRICK SHAFFER
bshaffer@ssbc-law.com

JOE A. JOSEPH
jjoseph@burr.com

mivey@burr.com

CHESLEY S. MCLEOD
chesley.mcleod@agg.com,
andi.gossmann@agg.com,
heather.riopel@agg.com

CHRISTOPHER R. CONLEY
cconley@jamesbatesllp.com

CATER C. THOMPSON
cater.thompson@jonescork.com,
debi.richards@jonescork.com

JOHN T. MCGOLDRICK, JR.
jtmcgoldrick@martinsnow.com,
sjones@martinsnow.com

STUART E. WALKER
sewalker@martinsnow.com

JOSHUA H. THREADCRAFT
joshua.threadcraft@burr.com,
jcarlin@burr.com, lclay@burr.com

OLLIE A. CLEVELAND, III
tcleveland@maynardcooper.com

PATRICK L. LOWTHER
plowther@mmmlaw.com,
stuck@mmmlaw.com

WILLIAM A DUPRE, IV
bill.dupre@millermartin.com

JAMES F. BANTER
jbanter@jamesbatesllp.com

JOHN FLANDERS KENNEDY
jkennedy@jbpslaw.com,
dbecham@jamesbatesllp.com

WALKER STEVEN STEWART
walkerstewart@hbgm.com
dbrown@hbgm.com,
sjohnson@hbgm.com

JON A. GOTTLIEB
jong@lawfg.com

LISA MCVICKER WOLGAST
lwolgast@mmmlaw.com,
dmayo@mmmlaw.com

STUART M. BROWN
stuart.brown@dlapiper.com

THOMAS E. AUSTIN, JR
taustin@bfvlaw.com

FRANK WILLIAM DEBORDE
fwd@mmmlaw.com,

WILLIAM J. HOLLEY, II
wholley@Phrd.com

| | |
|---|---|
| MICHAEL J. THOMERSON<br>mthomerson@tmlawpc.com | JOHN D. ELROD<br>elrodJ@gtlaw.com |
| RYAN A KURTZ<br>rkurtz@millermartin.com | BETH A. MOELLER<br>bmoeller@moellerbarbaree.com |
| GREGORY K. SMITH<br>gsmith@sgrlaw.com | MATTHEW S. CATHEY<br>mcathey@stoneandbaxter.com |
| ALLISON H. ROGERS<br>allison@tmlawpc.com | LAURA K DIBIASE<br>laura.dibiase@millermartin.com |
| JOHN H. ELLIOTT<br>jell@phrd.com | J. JULIUS BOLOCK<br>jjbolock@gkgattorneys.com |
| CHRISTINE WELLONS<br>christine.wellons@maryland.gov | BRIAN P. WELCH<br>bwelch@burkelaw.com |
| JONATHAN M. KAMIN<br>jonathank@gkgattorneys.com | ERIC J. LORENZINI<br>elorenzini@elkinskalt.com |
| DANA S. PLON<br>dplon@sirlinlaw.com | ANGELA M. BUTCHER<br>abutcher@slkinskalt.com |
| | CURTIS J. THOMAS<br>curtis.thomas@mcafeetaft.com |
| December 13, 2018 | /s/ Stuart E. Walker |
| | Georgia Bar No. 141620 |
| | Counsel to National Retail Properties, LP, Chula Vista Center, LP, Pierre Bossier Anchor Acquisition, LLC, and Valley Plaza Mall, LP |