IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **VC MACON, GA LLC,**  *Plaintiff,*  v.  **VIRGINIA COLLEGE LLC, and EDUCATION CORPORATION OF AMERICA,**  *Defendants.* | **CIVIL ACTION NO.**  **5:18-cv-00388-TES** |

**SCHEDULING ORDER GOVERNING**
**PROPOSED CLAIMS ADMINISTRATION PROCESS**

Before the Court is Receiver John F. Kennedy's Motion for Entry of Scheduling Order Governing Proposed Claims Administration Process [Doc. 147] for the administration of all claims against the Receivership Estate.

Having considered the motion, the Court agrees that a claims administration process is necessary to orderly and efficiently identify and resolve all claims brought against the Receivership Estate. Accordingly, the Court **GRANTS** the Receiver's motion and enters the following scheduling order:

1. The Receiver shall move the Court to approve a proposed claims administration process by **February 15, 2019**;

2. All interested parties must file any objections to the Receiver's proposed claims administration process by **February 22, 2019**; and

3. The Receiver shall file any Reply to the objections, if any, by **March 1, 2019**.

4. The Court will hold a hearing regarding any objections to the Receiver's proposed claims administration process on **March 4, 2019**.

**SO ORDERED**, this 11th day of February, 2019.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**