# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| VC MACON GA, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>VIRGINIA COLLEGE, LLC; and EDUCATION CORPORATION OF AMERICA,<br><br>*Defendants*. | CIVIL ACTION NO.<br>5:18-cv-00388-TES |

## ORDER GRANTING THIRTEENTH APPLICATION FOR ATTORNEY'S FEES

Before the Court is Receiver John F. Kennedy's ("Receiver") Thirteenth Application for Compensation [Doc. 309], to which no party has filed an objection. The Court has reviewed the Receiver's itemization detailing the individual time entries and expenses incurred from November 1, 2019, through November 30, 2019. In addition to working with regulatory entities such as the federal Department of Education and state attorney generals, the Receiver expended a substantial number of hours in oversight of the Claims Process. *See generally* [Doc. 309-1]. As such, the Court finds that the hourly rates and hours expended for the discharge of his duties are reasonable.

The Court has also reviewed the individual time entries and expenses incurred from November 1, 2019, through November 30, 2019, by Maynard, Cooper & Gale ("MCG") as special counsel for the Receiver. [Doc. 309-2]. The Court further finds that

because MCG has provided integral support to the Receiver's administration of the Receivership Estate that the hours and rates expended by MCG are reasonable.

Accordingly, the Court **GRANTS** the Receiver's Thirteenth Application for Compensation [Doc. 309] and **AUTHORIZES** the Receiver to pay himself $16,326.28 for his professional fees and expenses incurred from November 1, 2019, through November 30, 2019. The Court also **AUTHORIZES** MCG to be paid for its fees and expenses incurred from November 1, 2019, through November 30, 2019, in the amount of $8,487.00 from the assets of the Receivership Estate.

**SO ORDERED**, this 27th day of December, 2019.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**