IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **VC MACON, GA LLC,**  *Plaintiff,*  v.  **VIRGINIA COLLEGE LLC, and EDUCATION CORPORATION OF AMERICA,**  *Defendants.* | **CIVIL ACTION NO.**  **5:18-cv-00388-TES** |

**ORDER GRANTING MOTION FOR BRIEFING SCHEDULE**

So that Monroe Capital Management Advisors, LLC may have an opportunity to respond to the Receiver's Motion for Sanctions and Entry of an Injunction and Related Relief [Doc. 330], the Court **GRANTS** Monroe's Motion for Briefing Schedule [Doc. 333] enters the following Briefing Schedule. [Doc. 333 at p. 1].

1. Monroe's Response is due **Friday, March 6, 2020**, at 5:00 EST.

2. The Receiver's Reply is due **Friday, March 13, 2020**, at 5:00 EST.

3. The Court will hold a hearing on the Receiver's Motion for Sanctions and Entry of an Injunction and Related Relief on **Tuesday, March 17, 2020**, at 10:00 am.

**SO ORDERED**, this 28th day of February 2020.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**