IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| VC MACON GA, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 5:18-cv-00388-TES |
| VIRGINIA COLLEGE, LLC; and | ) | |
| EDUCATION CORPORATION OF | ) | |
| AMERICA, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER AMENDING BRIEFING SCHEDULE AS TO RECEIVER'S MOTION TO CONFIRM AND APPROVE SETTLEMENT, AND FOR ENTRY OF A BAR ORDER, AND FINDINGS OF FACT

Before the Court is Receiver John F. Kennedy's ("Receiver") Motion for Expedited Briefing Schedule and Hearing (Doc. 530) for his Motion to Confirm and Approve Settlement, and for Entry of a Bar Order, and Findings of Fact (Doc. 529) Upon review, the Court **GRANTS** the Receiver's Motion for Expedited Briefing Schedule and Hearing (Doc. 530) and adopts the Receiver's expedited briefing and hearing schedule as submitted in his Motion. Accordingly, the Court **AMENDS** the briefing schedule as follows:

1. Any party desiring to file a response or objection to the Receiver's Motion to Confirm and Approve Settlement, and for Entry of a Bar Order, and Findings of Fact shall file such response no later than *Friday, December 30, 2022*.

2. A hearing is to be set for *Tuesday, January 3, 2023*, at *10:00 a.m.* concerning the Confirmation Motion, any potential objections, and any other related pending motions.

**SO ORDERED**, this 19th day of December, 2022.

TILMAN E. SELF, III, JUDGE
UNITED STATES DISTRICT COURT