**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **VC MACON, GA LLC,** | |
| *Plaintiff,* | |
| **v.** | **CIVIL ACTION NO.** |
| | **5:18-cv-00388-TES** |
| **VIRGINIA COLLEGE LLC, and EDUCATION CORPORATION OF AMERICA,** | |
| *Defendants.* | |

**ORDER GRANTING RECEIVER'S TWENTY-EIGHTH
APPLICATION FOR COMPENSATION**

Before the Court is Receiver John F. Kennedy's Twenty-Eighth Application for

Compensation [Doc. 557] to which no party has filed an objection. *See* [Doc. 26, pp. 13–

14]. The Court has reviewed the Receiver's itemization detailing the individual time

entries and expenses incurred between the dates listed in this Application. [Doc. 557, p.

1]; [Doc. 557-1]. The Court finds that the hourly rates and hours expended for the

discharge of his duties are reasonable.

The Court has also reviewed the individual time entries and expenses incurred

by Maynard Nexsen (formerly Maynard, Cooper & Gale), special counsel for the

Receiver, for the dates listed in this Application. [Doc. 557, p. 1]; [Doc. 557-2]. The Court

further finds that Maynard Nexsen's fees and expenses are also reasonable due to its

continued and integral support to the Receiver's administration of the Receivership Estate.

Accordingly, the Court **GRANTS** the Receiver's Twenty-Eighth Application for Compensation [Doc. 557] and **AUTHORIZES** the Receiver to pay himself $50,502.27 for his professional fees and expenses incurred between the dates listed in this Application. The Court also **AUTHORIZES** Maynard Nexsen to be paid for its fees and expenses incurred between the dates listed in this Application in the amount of $4,888.50 from the assets of the Receivership Estate.

**SO ORDERED**, this 22nd day of September, 2023.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**