IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **VC MACON, GA LLC,**<br><br> *Plaintiff*,<br><br>v.<br><br>**VIRGINIA COLLEGE LLC, and EDUCATION CORPORATION OF AMERICA,**<br><br> *Defendants*. | **CIVIL ACTION NO.**<br>**5:18-cv-00388-TES** |

### ORDER GRANTING RECEIVER'S THIRTIETH APPLICATION FOR COMPENSATION

Before the Court is Receiver John F. Kennedy's Thirtieth Application for Compensation [Doc. 564] filed on December 15, 2023, to which no party has filed an objection. *See* [Doc. 26, pp. 13–14]. The Court has reviewed the Receiver's itemization detailing the individual time entries and expenses incurred between the dates listed in this Application. [Doc. 564-1]. The Court finds that the hourly rates and hours expended for the discharge of his duties are reasonable.

The Court has also reviewed the individual time entries and expenses incurred by Maynard Nexsen, special counsel for the Receiver, for the dates listed in this Application. [Doc. 564-2]. The Court further finds that Maynard Nexsen's fees and expenses are also reasonable due to its continued and integral

support to the Receiver's administration of the Receivership Estate.

Accordingly, the Court **GRANTS** the Receiver's Thirtieth Application for Compensation [Doc. 564] and **AUTHORIZES** the Receiver to pay himself $28,951.18 for his professional fees and expenses incurred between the dates listed in this Application. The Court also **AUTHORIZES** Maynard Nexsen to be paid for its fees and expenses incurred between the dates listed in this Application in the amount of $1080.00 from the assets of the Receivership Estate.

**SO ORDERED**, this 26th day of December, 2023.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**