IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **VC MACON, GA LLC,**<br><br>*Plaintiff,*<br><br>v.<br><br>**VIRGINIA COLLEGE LLC, and EDUCATION CORPORATION OF AMERICA,**<br><br>*Defendants.* | **CIVIL ACTION NO.**<br>**5:18-cv-00388-TES** |

## ORDER GRANTING THE RECEIVER'S THIRTY-THIRD APPLICATION FOR COMPENSATION

Before the Court is Receiver John F. Kennedy's Thirty-Third Application for Compensation [Doc. 615] filed on December 20, 2024, to which no party has filed an objection. *See* [Doc. 26, pp. 13–14]; Fed. R. Civ. P. 6(A). The Court has reviewed and finds the Receiver's itemization detailing the individual time entries and expenses incurred for the dates listed in this Application to be reasonable. [Doc. 615-1]. Accordingly, the Court **GRANTS** the Receiver's Application for Compensation [Doc. 615] and **AUTHORIZES** the Receiver to pay himself $36,532.63 for his professional fees and expenses incurred between the dates listed in this Application.

**SO ORDERED**, this 31st day of December, 2024.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**