IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **VC MACON, GA LLC,**<br><br>*Plaintiff,*<br><br>v.<br><br>**VIRGINIA COLLEGE LLC, and EDUCATION CORPORATION OF AMERICA,**<br><br>*Defendants.* | **CIVIL ACTION NO.**<br>**5:18-cv-00388-TES** |

**ORDER**

On May 5, 2020, John F. Kennedy, Jr., the Receiver for Education Corporation of America's Receivership Estate, filed his Claims Report [Doc. 577] as previously ordered by the Court. [Doc. 175]. The Court has reviewed the priority recommendations as outlined by the "Claims Summary Report" in the Receiver's Claims Report. [Doc. 577, pp. 17–26].

To further facilitate the claims process, the Court issues this **ORDER** directing the Receiver to file a supplemental report by *March 10, 2025*, regarding the status of the claims previously detailed in the Claims Report. In addition to any other information the Receiver deems pertinent, the Receiver's supplemental report should state which claims he recommends be approved or denied and which claims have yet to be resolved. The Receiver's supplemental report should also include information

regarding the status for any objections filed to Claims Report.

**SO ORDERED**, this 12th day of February, 2025.

S/ Tilman E. Self, III
**TILMAN E. SELF, III**
**UNITED STATES DISTRICT COURT**
