IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

VC MACON GA, LLC

           Plaintiff,

v.                                                     Civil Action No. 5:18-cv-00388-TES

VIRGINIA COLLEGE, LLC; and
EDUCATION CORPORATION OF
AMERICA,

           Defendants.

## ORDER REGARDING DETERMINATION ON NON-OBJECTED TO CLAIMS

The Receiver has, in the Receiver's Supplemental Claims Report (Doc. 620, the "Supplemental Report"), moved the Court to accept the Receiver's initial treatment as included within the Claims Report of those non-objected to claims.

Upon the filing of the Claims Report (Doc. 577), any claimant wishing to object or otherwise respond to the Claims Report had until June 18, 2024 to file with the Court said objection or response. (Doc. 576). "[I]f no objection [was] filed during this 30-day period, the Claims Report shall be the final, binding, determination on each non-objection Claimant [. . . .]" (*Id* at 2). Those Claimants that did not object to the treatment the Receiver recommended for their claims by the Court's deadline are final and binding and require no further analysis or response.

Certain claimants did object to the Receiver's treatment of their claims in the Claims Report. The Court instructed the Receiver to informally attempt to negotiate with any objecting claimant to resolve the objection and dispute. (Doc. 175; Doc. 576). If such objections could not be resolved, the objections were to be resolved by the Court. (*Id*).

The Receiver has noted (Doc. 620, pp. 2-5) that the following Claimants objected to the treatment their proof of claim received in the Receiver's Claims Report:

|   | Doc # | Name of Claimant | Claim Number | Initially Assigned Bucket Number |
|---|---|---|---|---|
| 1 | 583, 583-1 | Sepideh Geramfard | C1106 | Bucket 6, objected to due to lack of info |
| 2 | 584, 584-1, 584-2 | Brittany Pettaway | C589 | Bucket 6, objected to due to lack of info |
| 3 | 584-2, 585 | Brandi Pettaway | C590 | Bucket 6, objected to due to lack of info |
| 4 | 587 | Kailei Gallegos | C1186 | Bucket 6, objected to due to lack of info |
| 5 | 589 | Commonwealth of Pennsylvania | C1704 | Bucket 5, objected to due to no amount listed |
| 6 | 590 | Commonwealth of Pennsylvania | C1704 | Bucket 5 (refiled but same as Doc. 589) |
| 7 | 591 | Pension Benefit Guaranty Corporation | N/A | Not listed in Claims Report by Error |
| 8 | 592 | Raychel Nichols | C1798 | Bucket 6, objected to due to lack of info |
| 9 | 593 | Wiggins Childs Pantazis Fisher & Goldfarb LLC on behalf of numerous alleged WARN Act claimants | C881, C744, C883, C882, C885, C884, C886, C887, C888, C889, C891, C892, C893, C894, C895, C896, C897, C898, C738 | All Bucket 6, objected to as un-sustained |

2

| | | | | |
|---|---|---|---|---|
| | | | C899<br>C900<br>C901<br>C902<br>C903<br>C904<br>C905<br>C906<br>C907<br>C908<br>C909<br>C910<br>C911<br>C912<br>C760 | |
| 10 | 594,<br>594-1 | Kiersten Bay | C1299 | Bucket 6, objected to due to lack of info |
| 11 | 595 | Raymond Bogier | C413 | Bucket 6, objected to due to lack of info |
| 12 | 596 | G&G Holdings, LLC | C648<br>C649 | Bucket 6, allowed but not as Bucket 4 |
| 13 | 597 | BVB-NC, LLC | C652<br>C653 | Bucket 6, allowed but not as Bucket 4 |
| 14 | 598 | NC Pensacola, LLC | C650<br>C651 | Bucket 6, allowed but not as Bucket 4 |
| 15 | 600 | Exchange Bank and Trust Company | C1973 | Bucket 6, as judgment violated injunction orders |
| 16 | 601 | CKS-VCC LLC | C622<br>C623<br>C624<br>C625<br>C626<br>C627 | Bucket 6, objected to as duplicates |
| 17 | 602 | Jerrell Smith & R. Dailey on behalf of themselves and all others similarly situated WARN Act claimants | C841 | Bucket 6, objected to as un-sustained |
| 18 | 603,<br>603-1 | Monroe Capital Management Advisors, LLC | C718<br>C992 | Bucket 2, objected to based on reduced by credit bid of NECB/lack of documentation |

3

| | | | | regarding post-appointment fees and expenses, reasonableness |
|---|---|---|---|---|
| 19 | 604 | Raychel Nichols | C1798 | Bucket 6, objected to due to lack of info |
| 20 | 605 | Deidra Gray | C1753 | Bucket 6, objected to due to lack of info |
| 21 | 606 | Tamara Gray | C1761 | Bucket 6, objected to due to lack of info |
| 22 | 607 | Ashley Nichols Brown (Cline) | C987 | Bucket 6, objected to due to lack of info |
| 23 | 608, 608-1, 608-2 | Justin Little | C145 | Bucket 6, objected to due to lack of info |
| 24 | 609 | Shaunta Williams | C1448 | Bucket 6, objected to due to lack of info |
| 25 | 610, 610-1 | Raymond Freitas | C636 | Bucket 6, objected to due to lack of info |
| 26 | | U.S. Department of Veteran Affairs | Not originally filed nor filed with the Court | n/a |
| 27 | 611 | Shearelia Miller | Not originally filed nor filed with the Court | n/a |

All other Claimants, besides the 27 listed above, did not object to the treatment the Receiver recommended for their claims by the Court's deadline.

Upon review and consideration of the Receiver's recommendations as provided in the Claims Report (Doc. 577), and pursuant to the Court's previous orders (Doc. 175; Doc. 618) the Receiver's determinations to all claims non-objected to claims, besides the 27 claims listed above, are **ORDERED FINAL AND BINDING.** The Court notes that the Receiver has reserved that

"[t]he recommendations in this Claims Report regarding any Claimant's status and treatment are also not a determination or admission as to what, if any, assets of the Receivership Estate are available, or encumbered, by the respective recommendations. The Receiver reserves all further rights." (Doc. 620, p. 2, n. 1, *citing* Doc. 577, p. 25).

**It is further ORDERED THAT:**

this Order shall become effective immediately upon its entry; and

**ORDERED** that except to the extent expressly amended or modified by the entry of this Order, all provisions of the Claims Order (Docs. 175, 576) shall remain unmodified and shall remain binding with full force and effect; and

**ORDERD** that without impairing or affecting the finality of this Order, this Court shall retain jurisdiction with respect to all matters arising from or related to the enforcement of this Order, and to interpret this Order and the Claims Order.

Dated: March 19, 2025

United States District Court Judge