IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

VC MACON GA, LLC

        Plaintiff,

v.                              Civil Action No. 5:18-cv-00388-TES

VIRGINIA COLLEGE, LLC; and
EDUCATION CORPORATION OF
AMERICA,

        Defendants.

## ORDER FOR BRIEFING SCHEDULE ON UNRESOLVED OBJECTIONS

Upon review and consideration of the Receiver's Supplemental Claims Report (Doc. 620), the Court notes that several objections to the Receiver's Claims Report (Doc. 577) remain unresolved. Those unresolved objections are as follows:

|   | Doc # | Name of Claimant | Claim Number |
|---|---|---|---|
| 1 | 593 | Wiggins Childs Pantazis Fisher & Goldfarb LLC on behalf of numerous alleged WARN Act claimants | C881, C744, C883 C882 C885 C884 C886 C887 C888 C889 C891 C892 C893 C894 C895 C896 C897 C898 |

1

| | | | C738 |
| --- | --- | --- | --- |
| | | | C899 |
| | | | C900 |
| | | | C901 |
| | | | C902 |
| | | | C903 |
| | | | C904 |
| | | | C905 |
| | | | C906 |
| | | | C907 |
| | | | C908 |
| | | | C909 |
| | | | C910 |
| | | | C911 |
| | | | C912 |
| | | | C760 |
| 2 | 600 | Exchange Bank and Trust Company | C1973 |
| 3 | 603, 603-1 | Monroe Capital Management Advisors, LLC | C718 C992 |
| 4 | n/a | U.S. Department of Veteran Affairs | n/a |
| 5 | 611 | Shearelia Miller | Not originally filed nor filed with the Court |
| 6 | 594, 594-1 | Kiersten Bay | C1299 |

Pursuant to the Court's previous orders (Docs. 175, 576), if any claimants' objections to the Receiver's Claims Report were not resolved by the Receiver, such objections were to be resolved by the Court. To fully, efficiently, and promptly bring the above unresolved objected-to proof of claims to before the Court, **IT IS HEREBY ORDERED** that the following briefing scheduling be **SET**:

2

- The Receiver will file a motion with the Court within twenty-one (21) days of the date of this order which will articulate the reasons and support for the Receiver's initial treatment of the objected-to claim.
- The Claimant will then have twenty-one (21) days from the date the Receiver files his position in which to respond and contest the Receiver's treatment, and to articulate to the Court the reasons the Claimant objected to the Receiver's treatment.
- The Receiver will then have fourteen days from the filing of the Claimant's response in which to file a reply brief, if he so desires.
- The Court may then set a hearing concerning the unresolved objections.

**ORDERED** that this Order shall become effective immediately upon its entry; and

**ORDERED** that the above briefing schedule will not be amended or altered except for good cause shown by any of the parties upon written motion to the Court; and

**ORDERED** that except to the extent expressly amended or modified by the entry of this Order, all provisions of the Claims Order (Docs. 175, 576) shall remain unmodified and shall remain binding with full force and effect; and

**ORDERED** that without impairing or affecting the finality of this Order, this Court shall retain jurisdiction with respect to all matters arising from or related to the enforcement of this Order, and to interpret this Order and the Claims Order.

Dated: March 19, 2025

United States District Court Judge