IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

VC MACON GA, LLC
    Plaintiff

v.

VIRGINIA COLLEGE, LLC; and
EDUCATION CORPORATION OF
AMERICA,

    Defendants.

Civil Action No. 5:18-cv-00388-TES

Hon. Tilman E. Self III

## ORDER

This matter came to be heard upon the Motion of the Receiver for an order granting permission to destroy and/or abandon the records housed by Iron Mountain Incorporated and other legacy documents no longer needed by the Receiver.

Upon consideration of the Motion; and it appearing that the notice of the Motion provided is appropriate and sufficient under the circumstances and that no other or further notice need be given; and upon finding that due and sufficient notice of the Motion was given, all parties in interest have received notice and have been heard or had the opportunity be heard, and that no other or further notice is required; it is hereby

1.        **ORDERED** that the Motion is **GRANTED**

2.        The Receiver's request to destroy and abandon records is found to be prudent considering the circumstances and a reasonable exercise of the Receiver's business judgment.

3.        This Order shall be immediately effective and enforceable upon its entry and there shall be no stay of execution or effectiveness of this Order, notwithstanding anything to the contrary proscribed by applicable law.

8

4.      This Court shall retain jurisdiction with respect to all matters arising from

or related to the enforcement of this Order.

SO ORDERED, this ____9____ day of ____Feb____, 2026.

_____
TILMAN E. SELF, III, JUDGE
UNITED STATES DISTRICT COURT

9