**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

**VC MACON GA, LLC**
**Plaintiff**

**v.**

**Civil Action No. 5:18-cv-00388-TES**

**VIRGINIA COLLEGE, LLC; and EDUCATION CORPORATION OF AMERICA,**

**Hon. Tilman E. Self III**

**Defendants.**

# ORDER

This matter came to be heard upon the Motion of the Receiver for an order granting expedited advice and permission to make interim distributions.

Upon consideration of the Motion [Doc. 691]; and it appearing that the notice of the Motion provided is appropriate and sufficient under the circumstances and that no other or further notice need be given; and upon finding that due and sufficient notice of the Motion was given, all parties in interest have received notice and have been heard or had the opportunity be heard, and that no other or further notice is required; it is hereby

1. **ORDERED** that the Motion is **GRANTED.**
2. The Receiver is permitted, in his sole business judgment, to make interim distributions, as permitted in the Claims Order (Doc. 175), to the claims and resolutions as previously approved by this Court, in Bucket #4.
3. Receiver is to report back to the Court to seek direction on the next wave of interim distributions, or depending on the status of the wind down, seek authority for a final distribution and closure of the Receivership.

4. The Receiver's actions and requested relief are found to be prudent considering the circumstances and a reasonable exercise of the Receiver's business judgment.
5. This Order shall be immediately effective and enforceable upon its entry and there shall be no stay of execution or effectiveness of this Order, notwithstanding anything to the contrary proscribed by applicable law.
6. This Court shall retain jurisdiction with respect to all matters arising from or related to the enforcement of this Order.

**SO ORDERED**, this 22nd day of September, 2026.

s/Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**